# UNITED STATES DISTRICT COURT FOR
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| VIDHI 3, LLC, dba, RADISSON HOTEL,<br><br>Plaintiff,<br><br>v.<br><br>SELECTIVE INSURANCE COMPANY,<br><br>Defendant. | Case No.  2:22-cv-2263<br><br>Removed from the Circuit Court of Champagne County, Illinois<br><br>Case No. 2022-L-000146 |

## NOTICE OF REMOVAL

Defendant, SELECTIVE INSURANCE COMPANY ("Defendant"), pursuant to 28 U.S.C. § 1446, hereby removes the above-captioned action, pending in the Circuit Court of Champagne County, Law Division as Cause No. 2022-L-000146 to the United States District Court for the Central District of Illinois, Urbana Division. Removal is based upon 28 U.S.C. § 1332. As grounds for removal, Defendant states as follows:

1. On October 27, 2022, Plaintiff Vidhi 3 LLC, dba, Radisson Hotel ("Plaintiff") filed a complaint in the Circuit Court of Champagne County under Cause No. 2022-L-000146 (the "State Court Case").

2. Plaintiff is seeking compensatory relief concerning insurance coverage for alleged property damage under a policy of insurance issued to it by Selective Insurance Company of America (the "Policy"). A true copy of the State Court Case Complaint with all other filings served on Defendant are attached hereto as **Exhibit 1**.

3. Plaintiff seeks insurance coverage for alleged physical loss to a commercial property located at 1001 W. Killarney St., Urbana, Illinois (the "Property").

4. Plaintiff is seeking repair costs for the Property that are in excess of $75,000.

5. There is complete diversity of citizenship among the parties.

6. A corporation is deemed to be a citizen of both the state of its incorporation and the place where it maintains its principal place of business. 28 U.S.C. §1332(c)(1).

7. Plaintiff is an Illinois limited liability company with its principle place of business in Urbana, Illinois. It is a citizen of Illinois.

8. Plaintiff's members are Rajesh Patel and Bharat Patel. Rajesh Patel is a citizen of Indiana and Bharat Patel is a citizen of Michigan.

9. Defendant is a New Jersey corporation headquartered in Branchville, New Jersey. It is a citizen of New Jersey.

10. Neither Plaintiff nor any of its members are citizens of New Jersey.

11. Pursuant to 28 U.S.C § 1332, the District Courts have jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

12. This matter is properly removed pursuant to 28 U.S.C. § 1441, which permits removal of cases to federal court based on diversity of citizenship.

13. On November 2, 2022, Plaintiff delivered a copy of the Complaint and Summons to the Director of the Illinois Department of Insurance.

14. With the Director of the Illinois Department of Insurance serving as agent for service of process, Defendant accepted service on November 2, 2022. A true copy of the Notice and Acknowledgment of Receipt of Complaint and Summons is attached hereto as part of **Exhibit 1**.

15. This notice is timely because it is filed within 30 days of service of the Complaint. *See* 28 U.S.C. §1446(b).

16. This Court is situated in the district and division serving the location of the action pursuant to 28 U.S.C. §1446(a).

17. Defendant will also file its "Notice of Filing of Notice of Removal" with the Circuit Court of Champagne County, Law Division, and then serve a copy upon Plaintiff's counsel pursuant to 28 U.S.C. §1446(a) and (d).

WHEREFORE, this action should proceed in the United States District Court for the Central District of Illinois, Urbana Division, as an action properly removed thereto.

Respectfully submitted,

Dated: December 2, 2022     By:  */s/ Dennis M. Dolan*
                                  One of the Attorneys for

                                  SELECTIVE INSURANCE COMPANY OF AMERICA

***Attorneys for Defendant***

Dennis M. Dolan (No. 6229150)
Jaime Guzmán (WI No. 1099272)
LITCHFIELD CAVO LLP
303 West Maddison Street, Suite 300
Chicago, IL 60606
Phone: (312) 781-6641 Dolan
Phone: (312) 781-6594 Guzmán
Dolan@LitchfieldCavo.com
Guzman@LitchfieldCavo.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2022, I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ruben B. Shehigian, Jr.
968 W. U.S. Highway 30
Schererville, Indiana 46375
PH: 219-865-3377
FX: 219-865-4477
r.shehigan.jr@sbcglobal.net
***Attorney for Plaintiff***

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:  none.

By:   */s/  Dennis M. Dolan*