

 **Illinois Department of Insurance**

**JB PRITZKER**
Governor

**DANA POPISH SEVERINGHAUS**
Director

November 2, 2022

NOV 0 7 2022

SELECTIVE CORP, LEGAL DEPT.

Selective Insurance Company of America
40 Wantage Avenue
Branchville, NJ 07890

      Re:    Case #2022LA000146

Gentlemen:

Enclosed please find copy of Jury Demand, Summons and Alias Complaint received by me as your agent for service of process on November 2, 2022, in my Springfield office in the case of Vidhi 3 LLC dba Radisson Hotel vs your company, et al.

          Sincerely,

Dana Popish Severinghaus
Director of Insurance

DPS:MS:alt
Enclosure

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

**Springfield Office**
320 W. Washington Street
Springfield, Illinois 62767
(217) 782-4515

**Chicago Office**
122 S. Michigan Ave., 19th Floor
Chicago, Illinois 60603
(312) 814-2420

**FILED**

SIXTH JUDICIAL CIRCUIT

IN THE CIRCUIT COURT OF THE TWENTY SECOND JUDICIAL CIRCUIT 12/02/2022 1:20 PM
CHAMPAIGN COUNTY, ILLINOIS

By: AL

*Susan W. McGrath*

CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY, ILLINOIS

VIDHI 3, LLC dba RADISSON HOTEL,     )
                       Plaintiff,     )
                                       )
                                       )            **2022LA000146**
       -vs-                             )    CAUSE NO.
                                         )
SELECTIVE INSURANCE COMPANY     )
OF AMERICA,     )
                     Defendant.     )

## JURY DEMAND

**TO:   CLERK OF THE CIRCUIT COURT OF THE TWENTY SECOND JUDICIAL CIRCUIT, CHAMPAIGN COUNTY, ILLINOIS**

The Plaintiff in the above entitled cause demands a jury for the trial of said cause. This matter should be tried by a jury of twelve.

                                Vidhi 3, LLC

                                _____

                                Plaintiff

                                */s/Ruben B. Shehigian, Jr.*

                                _____

                                Plaintiff's Attorney

| | |
|---|---|
| Name | : RUBEN B. SHEHIGIAN, JR. |
| Attorney No. | : 6188530 |
| Attorney for | : Plaintiff |
| Address | : 968 W. U.S. Highway 30 |
| City/State/Zip | : Schererville, Indiana 46375 |
| Telephone | : 219-865-3377 |
| Fax: | : 219-865-4477 |
| Email address | : r.shehigian.jr@sbcglobal.net |

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | | **SUMMONS** | *For Court Use Only* |
|---|---|---|---|
| Champaign | COUNTY | | |

| **Instructions ▼** | | |
|---|---|---|
| Enter above the county name where the case was filed. | VIDHI 3, LLC dba RADISSON HOTEL <br> **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | **2022LA000146** |
| Enter the names of all people you are suing as Defendants/ Respondents. | SELECTIVE INSURANCE COMPANY OF AMERICA <br> **Defendant / Respondent** *(First, middle, last name)* | **Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/. <br><br> E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org. <br><br> Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons,* or *Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help. <br><br> If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| | | |
|---|---|---|
| In **1a**, enter the name and address of a Defendant/ Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | 1. | **Defendant/Respondent's address and service information:** |
| | a. | Defendant/Respondent's primary address/information for service: <br> Name *(First, Middle, Last)*:  Selective Insurance Company of America <br> Registered Agent's name, if any:  c/o Illinois Director of Insurance <br> Street Address, Unit #:  320 W. Washington Street <br> City, State, ZIP:  Springfield, Illinois 62767 <br> Telephone: _____ Email: _____ |
| In **1b**, enter a second address for Defendant/ Respondent, if you have one. | b. | If you have more than one address where Defendant/Respondent might be found, list that here: <br> Name *(First, Middle, Last)*: _____ <br> Street Address, Unit #: _____ <br> City, State, ZIP: _____ <br> Telephone: _____ Email: _____ |
| In **1c**, check how you are sending your documents to Defendant/ Respondent. | c. | Method of service on Defendant/Respondent: <br> ☐ Sheriff ☐ Sheriff outside Illinois: _____ <br> *County & State* <br> ☐ Special process server ☐ Licensed private detective |

2022LA000146

Enter the Case Number given by the Circuit Clerk:_____

| In 2, enter the amount of money owed to you. | **2.** | **Information about the lawsuit:** |
| --- | --- | --- |

Amount claimed:  $ _____

| In 3, enter your complete address, telephone number, and email address, if you have one. |
| --- |

**3.** **Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last)*:  Ruben B. Shehigian, Jr.

Street Address, Unit #:  968 W. U.S. Highway 30

City, State, ZIP:  Schererville, Indiana 46375

Telephone:  (219) 865-3377 _____ Email:  r.shehigian.jr@sbcglobal.net

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| Important information for the person getting this form |
| --- |

You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/.

| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. |
| --- |

**4.** **Instructions for person receiving this *Summons* (Defendant):**

☑ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

Address:  Champaign County Circuit Clerk, Champaign County Courthouse

City, State, ZIP:  101 E. Main Street, Urbana, IL 61801

| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*. |
| --- |

☐ b. Attend court:

On: _____ at _____ ☐ a.m. ☐ p.m. in _____
   *Date*                      *Time*                                    *Courtroom*

**In-person at:**

Champaign County Courthouse, 101 E. Main Street, Urbana, IL 61801
*Courthouse Address*          *City*                          *State*      *ZIP*

OR

| In **4b**, fill out:
• The court date and time the clerk gave you.
• The courtroom and address of the court building.
• The call-in or video information for remote appearances (if applicable).
• The clerk's phone number and website. All of this information is available from the Circuit Clerk. |
| --- |

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone: _____
      *Call-in number for telephone remote appearance*

By video conference: _____
      *Video conference website*

_____
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at:  (217) 384-3725     or visit their website
      *Circuit Clerk's phone number*

at:  https://www.champaigncircuitclerk.org/   to find out more about how to do this.
      *Website*

10/27/2022

| STOP!
The Circuit Clerk will fill in this section. |
| --- |

Witness this Date: _____
                                              -AL

Clerk of the Court: *Susan W. McGrath*

| STOP!
The officer or process server will fill in the Date of Service. |
| --- |

This *Summons* must be served within 30 days of the witness date.

Date of Service: _____
      *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| Champaign _____ COUNTY | | |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | VIDHI 3, LLC dba RADISSON HOTEL _____ <br> **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/Respondents. | v. <br><br> SELECTIVE INSURANCE COMPANY OF AMERICA _____ <br> **Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | Case Number |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
*First, Middle, Last*

☐ **I served the** *Summons* **and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:
        Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address, Unit#: _____
        City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family
        member or lives there:
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address, Unit#: _____
        City, State, ZIP: _____
        And left it with: _____
                *First, Middle, Last*
        Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
        and by sending a copy to this defendant in a postage-paid, sealed envelope to the
        above address on _____ , 20 _____ .
    ☐ On the Corporation's agent, _____
                          *First, Middle, Last*
        Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address: _____
        City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk:_____

☐ I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

2.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

3.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

| | |
|---|---|
| DO NOT complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

By: _____

| | | |
|---|---|---|
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | *Signature by:*  ☐ Sheriff<br>☐ Sheriff outside Illinois:<br>_____<br>*County and State*<br>☐ Special process server<br>☐ Licensed private detective | **FEES**<br>Service and Return: $ _____<br>Miles _____  $ _____<br>Total  $ 0.00 |

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

FILED
SIXTH JUDICIAL CIRCUIT

10/27/2022 1:20 PM
By: AL

IN THE CIRCUIT COURT OF THE TWENTY SECOND JUDICIAL CIRCUIT
CHAMPAIGN COUNTY, ILLINOIS

CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY, ILLINOIS

VIDHI 3, LLC dba RADISSON HOTEL,        )
                    Plaintiff,          )                    **2022LA000146**
                                        )
        -vs-                            )       CAUSE NO.
                                        )
SELECTIVE INSURANCE COMPANY             )                    NOV 07 2022
OF AMERICA,                             )
                    Defendant.          )       SELECTIVE CORP, LEGAL DEPT,

## VERIFIED COMPLAINT AT LAW

COMES NOW Plaintiff, Vidhi 3, LLC ("Plaintiff"), by and through its attorneys, for their Verified Complaint at Law against Defendant, Selective Insurance Company of America ("Defendant"), and states as follows:

1.      At all times relevant hereto, Plaintiff has been the owner of the real estate and improvements located at 1801 W Killarney Street, Urbana, IL 61801, (the "Hotel").

2.      At all times relevant hereto, Defendant is and has been a New Jersey-based insurance company with its principal place of business in Branchville, New Jersey. Defendant is licensed and authorized by the Illinois Department of Insurance to conduct insurance business and does in fact conduct insurance business within the State of Illinois, including Champaign County.

3.      At all times relevant hereto, Defendant issued a Commercial Insurance policy to Plaintiff under Policy Number S 2321381 (the "Policy"), which was in effect from March 15, 2020, through March 15, 2021. Among other coverages, the Policy covered Plaintiff's Hotel against "risk of direct physical loss." [A true copy of Plaintiff's Policy declarations and Policy Booklet for the Policy Term are attached hereto as Exhibit "A".]

4.      Plaintiff paid all Policy premiums that became due during the Policy term, including additional premiums for replacement cost coverage.

5. On or about October 28, 2020, while the Policy was in full force and effect, Plaintiff's Hotel was damaged by accidental, direct physical loss which was not excluded or otherwise limited by the terms and conditions of the Policy, (the "Loss").

6. As a result of the Loss, the Plaintiff suffered damages in excess of FIFTY THOUSAND ($50,000.00) DOLLARS.

7. Plaintiff promptly notified Defendant of the occurrence and loss, and made a claim to Defendant which was assigned Claim Number 22164428 ("the Claim"). Plaintiff made the Claim to be indemnified pursuant to the terms and conditions in the Policy.

9. Plaintiff cooperated with Defendant and performed all duties, tasks and other obligations required by the policy and which were otherwise demanded by Defendant.

10. In November of 2020, Defendant inspected the Hotel and damages in accordance with the Policy.

11. Plaintiff has demanded that Defendant compensate it for its losses as required by the terms and conditions of the subject policy of insurance.

12. Defendant has refused to pay Plaintiff for damages which it incurred, even though the cause of the loss and the damages are covered by the terms and conditions of the Policy issued by Defendant.

13. Thereafter, Defendant disputed the amount of loss and claim submitted by Plaintiff.

14. Under the express terms of the Policy, if the parties dispute the amount of loss, either may demand the binding appraisal of the same. The Policy provides in pertinent part as follows:

### APPRAISAL

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each

party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

15.     After the parties herein were unable to come to an agreement on the amount of Loss, Plaintiff demanded an appraisal of the Loss, and selected Jay Hatfield as its appraiser. [A true copy of the appraisal demand is attached hereto as Exhibit "B".]

16      Thereafter, Defendant agreed to appraise the Loss, and further selected Stanley DJ Parke as its appraiser.

17.     Furthermore, the parties appraisers agreed to and selected Michael Newman of Newman Construction Consulting as the umpire for this dispute. [A true copy of the selection of and acceptance by the umpire is attached as Exhibit "C".]

18.     Thereafter, the appraisers and umpire have worked towards completing an appraisal award. However, the Appraisal will not be completed and the amounts due to Plaintiff paid prior to the deadline for filing suit as set forth in the Policy.

19.     The Policy further provides:

LEGAL ACTION AGAINST US

No one may bring a legal action against us Under this Coverage Part unless:
1.   There has been full compliance with all of the terms of this Coverage Part; and
2.   The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

20.     Accordingly, Plaintiff is bringing this action to preserve and protect its rights and benefits under the Policy.

WHEREFORE, Plaintiff, Vidhi 3, LLC, hereby requests and prays that this Honorable Court find in its favor and against the Defendant, Selective Insurance Company of America, and enter the following relief:

        a.   That the appraisal of the loss continue in accordance with the Policy, until an appraisal award is properly entered;

        b.   That after such award is entered, that Selective Insurance Company of America be compelled to pay the award, subject to the terms of the Policy;

        c.   That any failure or refusal by Selective Insurance Company of America be subject to further amended or supplemental pleading; and

        d.   other relief honorable and just under the circumstances.

Respectfully Submitted,

Vidhi 3, LLC

By: /s/ Ruben Shehigian, Jr.

One of their attorneys

BY

Ruben Shehigian, Jr.
968 W. U.S. Highway 30
Schererville, IN 46375
(219)865-3377
Email: r.shehigian.jr@sshegiobal.net
Atty ID: 6188530

## VERIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this Verified Complaint are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he truly believes the same to be true.

Rajesh Patel, as Manager of Vidhi 3, LLC

Ruben Shebigian, Jr.
968 W. U.S. Highway 30
Schererville, IN 46375
(219)865-3377
Email: r.shebigian.jr@sbcglobal.net
Atty ID: 6188530



> POLICY DOCUMENT

# S    232138102

# INSURED'S COPY

Exhibit "A"

# eRisk Hub® Risk Management Portal
# Be Prepared For Data Breach

### Data Breach Can Take You By Surprise
If your organization experiences a data breach would you be prepared? As we all know from the news, even very large companies aren't always ready to respond. Yet when a breach event occurs, time is of the essence.

Most states now require the responsible business to promptly notify every individual affected by a data breach. Beyond those legal requirements and their costs, how you respond to a data breach can mean the difference between preserving your clients' trust or losing it.

When suddenly confronted with a data breach, many companies make mistakes that can significantly increase their cost of responding and put their reputation at risk.

Now you can develop an effective data breach response plan in advance of a crisis that can help you to be prepared and protect your client relationships and business reputation.

### Immediate Access To Risk Management Tools
As part of our Data Compromise coverage, we offer access to an online data breach portal that equips you with a risk management tool to help you plan and be prepared should a breach happen to your company. There's no cost; it's a complimentary service for our Data Compromise insureds.

It's called eRisk Hub®, and it's designed to help you to better understand your risks and establish a response plan so you can manage the costs and minimize the effects of a data breach should one occur.

With a response plan and instant access to informative resources, you'll be ready to more efficiently and cost-effectively respond to and recover from a data breach.

### Key Features of the eRisk Hub® Portal
**Incident Response Plan Roadmap —** includes suggested steps to take following a network or data breach incident

**Online Training Modules —** ready-to-use training for business owners on privacy best practices and Red Flag Rules

**Risk Management Tools —** assists you in managing your cyber risk including a self- assessment and state breach notification laws

**News Center —** cyber risk stories, security and compliance blogs, security news, risk management events and helpful industry links

**Learning Center —** best-practices articles, white papers and webinars from leading technical and legal practitioners

This notice describes access to an unaffiliated third-party service available to you because your policy includes the Data Compromise endorsement. Selective Insurance Company of America and its affiliates does not control, review or endorse the information or services provided by eRisk Hub®, which you use at your own risk. This notice is not part of your policy and neither the information contained in this notice nor on eRisk Hub® modifies your policy's coverage.

Copyright, 2016 Selective Insurance Company of America. All rights reserved. Includes copyrighted materials of The Hartford Steam Boiler Inspection and Insurance Company with its permission.

**IN 05 81 02 16**
**Page 1 of 2**
Exhibit "A"

## Key Features of the eRisk Hub® Portal (continued)

**eRisk Resources —** a directory to quickly find external resources with expertise in pre- and post-breach disciplines

**Security and Privacy Training —** computer based training for business owners on best practices for security and privacy awareness

### Register Now

To access the eRisk Hub® portal you need to register and set up your unique User ID and Password. It's easy, just follow these steps:
Enter your assigned access

3  Enter http://eriskhub.com/selectivefork-login in your browser.
3  Click Selective's Data Compromise.
3  Complete the information in the center of the page, including your name and company. Please note that your User ID and Password are case-sensitive.
3   code: 12116-37.
3  Enter the challenge word on the screen, and click "Submit".
3  Access the "Terms of Use" to review them on the next screen and click "Submit", if you accept them.
3  You will get a "Registration Complete" message on the next screen. You can now log into the portal.

### Log In And Start

Once you have set up access, enter your User ID and Password into the Member Login box in the upper right of the site banner, and click Submit to access the eRisk Hub® Portal.

If you forgot your password, access the link to have your password reset. Remember, your User ID and Password are case sensitive.

This notice describes access to an unaffiliated third-party service available to you because your policy includes the Data Compromise endorsement. Selective Insurance Company of America and its affiliates does not control, review or endorse the information or services provided by eRisk Hub®, which you use at your own risk. This notice is not part of your policy and neither the information contained in this notice nor on eRisk Hub® modifies your policy's coverage.

Copyright, 2016 Selective Insurance Company of America. All rights reserved. Includes copyrighted materials of The Hartford Steam Boiler Inspection and Insurance Company with its permission.

# Facts

# Regarding

## Premium

## Audits

## To Our Policyholder:

Your policy has been issued with an estimated premium. At the expiration of the policy, either a company representative (Premium Auditor) will contact you or you will receive a written request for information. In either case, the information you provide will be used to determine the final premium under the policy. **Please note that only those policies containing one or more class codes that are rated on an auditable premium basis (such as payroll, receipts/sales, total cost or admissions), are subject to a premium audit.**

**Insurance Costs** can be minimized by proper record keeping. Frequently exposures can be assigned to lower rated classifications provided this information is obtainable using **your records.** During the final audit, the Premium Auditor will work with you towards this goal of helping you to minimize your insurance costs.

## For Businesses Other Than Contractors:

1. The basis of premium used to determine your policy premium may be payroll, receipts or sales, total cost or admissions. These are defined as follows:

   A. **Payroll:**

   The total remuneration for services rendered by an employee includes (a) lodging,(b) bonuses, (c) commissions, (d) vacation, holiday, & sick days, (e) standard overtime. Under the General Liability Coverage, payroll does not include (a) payroll of clerical employees (b) salesmen who are away from the premises (c) drivers. Remuneration *excludes* tips.

   B. **Receipts/Sales:**

   The gross amount of money charged for goods or products sold, operations performed, rentals, and dues or fees.

   C. **Total cost**

   Total cost of all work let or sublet in connection with each specific project including (a) cost of all labor materials & equipment (b) all fees, bonuses & commissions.

   D. **Admissions:**

   The total number of persons, other than employees, admitted to the event insured or to events conducted on the premises whether on paid admissions, tickets, complimentary tickets or passes.

2. In the event commissions or monies are paid to persons you consider to be independent contractors, i.e., Real Estate Salesmen, Insurance Salesmen, Restaurant and/or Nite Club Entertainers, Taxi-Cab operators and others in this category, **please inform your agent immediately.**

3. If you are an Executive Officer and covered under the policy, there may be a payroll or salary limitation. There also is a minimum amount to be charged should you not draw a salary, or draw less than this minimum.

## Considerations For Contractors

1. Most Workers~ Compensation Laws provide that the General or Principal Contractor shall be responsible for the workers~ compensation insurance to employees of sub-contractors, except for any subcontractors who have insured their compensation obligation and have furnished to the contractor satisfactory evidence of such insurance. Satisfactory evidence is a {Certificate of Insurance} with dates corresponding to the time worked for the contractor. These should be retained to show the Premium Auditor.

2. The manual rules permit division of payroll for each separate and distinct operation provided separate records of payroll are maintained and the division is not contrary to classification restrictions.

   Note: This rule is very important since those operations which can be classified using this rule, can be used only when separate records of payroll are maintained. Without the proper record keeping, the highest rated classification applying to the job will be used.

3. General Liability-Drivers~ payroll is to be excluded in computing premiums for this coverage. For the purposes of this rule, Mobile Equipment Operators are not considered in this category, i.e., their payroll is included and assigned to the classification in which they are engaged.

4. Products and Completed Operations Coverage under General Liability-Mechanical Contractors, i.e., Air Conditioning, Heating, Plumbing and Refrigeration, can minimize their insurance premium costs by keeping separate records on the outright sale and/or cost of units and equipment (for plumbing-appliances and fixtures). Again, one can see the importance of record keeping

This flier provides only a general overview of premium audit procedures. It is not intended to describe specific coverages afforded by any insurance policy.

We recommend that you examine, in detail, any policy offered to you.

For more information, contact your local Selective agent.

IN 00 03 09 04
Exhibit "A"

# IMPORTANT NOTICE REGARDING AGENT COMPENSATION

We sell our insurance products and services through appointed independent insurance agencies and agents ("Agent" or "Agents"). Because Agents also generally represent several of our competitors, our primary marketing strategy is to:

- Develop close relationships with each Agent by (i) soliciting their feedback on products and services, (ii) advising them concerning company developments, and (iii) investing significant time with them professionally and socially; and

- Develop with each Agent, and then carefully monitor, annual goals regarding (i) types and mix of risks placed with us, (ii) amounts of premium or numbers of policies placed with us, (iii) customer service levels, and (iv) profitability of business placed with us.

We pay Agents commissions and other consideration for business placed with us (and we do not authorize our Agents to receive other monies for our insurance). We seek to compensate our Agents fairly and in a way consistent with market practices.

Our Agent compensation programs may include one or more of the following depending on the Agent's overall business relationship with us:

- **Commission Payments.** We pay commission based on a percentage of the premium the policyholder pays. The amount of commission varies depending on policy type, state location of risk, and other factors.

- **Additional Commission Payments.** We may pay additional and varying percentages of premium for attainment of certain goals we set with the Agent, including:

    o **Profitability,** which we determine by comparing losses and expenses to premium;

    o **Volume,** which is the amount of premium written with us;

    o **Growth and Retention,** which we measure by comparing premium volume or number of policies for overall or specific types of policies; or

    o **Annual Plan Performance,** which we measure according to performance standards determined by us and the Agent.

    In certain cases, an Agent may put additional commissions at risk and become obligated to pay us amounts if certain goals are not met.

- **Expense Reimbursement.** We may reimburse certain marketing and other expenses incurred for placing business with us.

- **Entertainment and Other Things of Value.** We may entertain or provide other things of value, including travel and gratuities, to Agents who we believe provide exceptional value to our policyholders and shareholders.

- **Business Production Incentive Programs.** We may provide Agents or their employees opportunities to receive additional compensation (cash or contest prizes) for certain activities or tasks, such as placing specific types of policies with us or inputting data through one of our technology systems.

INSURED'S COPY

Exhibit "A"

- **Loss Control Agreements.** We may pay Agents a flat fee or a percentage of commission for safety and loss control surveys, inspections, accident or claim investigations.

- **Agent Stock Purchase Plan.** Certain of our Agents participate in a stock purchase plan that allows those Agents to purchase common stock in Selective Insurance Group, Inc. at a 10% discount to market and requires those agents to hold the stock for at least one year before they can transfer it.

As supporters of the independent insurance agency distribution system, we may provide Agents from time-to-time with tools and programs designed to preserve and strengthen the independent agency distribution system, including assistance with producer recruitment and/or training, loans, or loan guarantees. These tools and programs, which may be experimental, are provided to assist our Agents in the perpetuation of robust independent insurance agencies and are not conditioned on the imposition of extraordinary current or future production conditions.

We also distribute our insurance products to a limited extent through select insurance brokers which we compensate with some of the same compensation tools we use for Agents. If you have engaged a broker to place insurance with us, please ask the broker if any of the above described compensation arrangements are in effect with us.

Please direct questions regarding specific compensation to your Agent.

INSURED'S COPY

Exhibit "A"

# IMPORTANT NOTICE TO POLICYHOLDERS
# EQUIPMENT BREAKDOWN COVERAGE
# JURISDICTIONAL INSPECTION SERVICE

This notice is an advisory notice and is not a part of your policy.  For complete information on all coverages, terms, conditions and exclusions, please review your policy.  If there is any conflict between your policy and this notice, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

This Selective Insurance policy includes equipment breakdown coverage. The Hartford Steam Boiler Inspection and Insurance Company (HSB) is an equipment specialist working with Selective Insurance to provide equipment related inspection services. Our combined goal is to provide the highest quality insurance program and services that will help you protect your equipment and your business.

There may be laws or regulations in your city, county or state that require periodic boiler inspections. The scope of the laws may also include air conditioning systems, refrigeration systems and pressure vessels. Most Jurisdictional Authorities charge a fee for both the inspection and the certificate. HSB will perform the inspection for you at no cost as an integral part of your insurance program. The certificate fee or any fine levied by the Jurisdiction for not complying with the laws or regulations, is not a part of this service.

If you answer yes to any of the following questions, you may require a certificate inspection. Contact the HSB Inspection Hotline and the customer service representative will assist you.

- Does my location contain any heating or process boilers?

- Does my location have any large hot water heaters (200,000+ btu/hr)?

- Does my location contain any pressure vessels (air tanks, hot water storage tanks)?

- Does my location have a central air conditioning system?

## HSB INSPECTION HOTLINE

**Telephone: 1-800-333-4677**
**Fax:        1-484-582-1811**
**E-mail:     NSCINSP_HOTLINE@hsb.com**

**Please provide the following information:**

- Policy Number

- Insured Name

- Location Name and Address

- Contact Name and Phone Number

**IN 01 99 09 19**
Exhibit "A"

INSURED'S COPY

# PRAESIDIUM

## WHAT YOU DON'T KNOW CAN HURT THOSE IN YOUR CARE AND YOUR ORGANIZATION.

Adopting a solid screening and selection process is your first line of defense in creating a safe environment. A thorough, consistent screening process may also discourage would-be offenders from targeting your organization. Failure to discover a known offender can affect those in your care and the organization's reputation, financial stability, and trust within the community. Who you should screen can depend on many factors, such as if the person is a new full-time hire, a season hire, or even a current employee. In determining the types of checks to utilize, organizations should follow all state, federal, and licensing regulations and consider an individual's level of access. Level of access may be influenced by:

> ### WHO IS PRAESIDIUM?
>
> Praesidium is the national leader in abuse risk management. With more than two decades of experience, and serving thousands of clients, our dedicated team of researchers, psychologists, attorneys, social workers, and human resource professionals have analyzed thousands of cases of abuse in organizations and synthesized the latest scientific research. We know how abuse happens in organizations . . . and how to prevent it.

- **Frequency**: How frequently does the individual work around or interact with consumers? Is it a one-time event or every day?

- **Duration**: What is the duration of the individual's interactions? Is it a one-time, one-hour event or an entire summer?

- **Level of Supervision**: Are the individual's interactions always supervised by another adult or are they one-on-one with consumers?

- **Nature of the Relationship**: What is the nature of the relationship between the individual and the consumers in the program? Does the individual merely supervise an area during an event that has consumers, or are they getting to know individual consumers and families while counseling, tutoring, or providing personal care services?

### Selective Insurance has partnered with Praesidium to offer you discounted background screening services for your organization.

**For more information go to: selective.com/praesidium - (800.743.6354) - selective@praesidiuminc.com**
In order to receive this exclusive benefit please identify yourself as a Selective Insurance agent or insured.

## FOUR ELEMENTS FOR A THOROUGH BUT COST EFFECTIVE BACKGROUND CHECK:

- **Check Facts:** Aliases, DOBs, and address history all drive research and help to paint a complete picture.
- **Search Wide:** Multi State criminal and national sex offender databases will identify the unexpected.
- **Search Deep:** Targeted county level searches will give real-time information where records are most likely to be found.
- **Ask Questions:** References can provide insights on behavior and clues to non-criminal boundary issues.

## WHO SHOULD YOU SCREEN, AND HOW OFTEN?

- **New Hires/Volunteers:** A thorough, consistently applied background screening process at the time of hire is your first and best opportunity to identify the problem.
- **Seasonal Hires/Volunteers:** Seasonal staff present a unique risk because you don't see them for months at a time, but it's often not practical to complete a full new hire process each season. An annual check-in plan is key.
- **Re-Screening:** Conducting targeted checks on your full-time employees at least every 3 years helps you identify issues before they impact your organization.

## BACKGROUND SCREENING FOR SELECTIVE INSUREDS

Praesidium offers a selection of background screening packages plus a la carte services to empower your organization to conduct right-sized research. Praesidium's team can help contextualize the screening process as part of an overall culture of safety and discuss how screening works in hand with other abuse prevention efforts. Praesidium's team can also help you understand who to screen, how often, and the importance of re-screening.

| | LOW ACCESS VOLUNTEERS | HIGH ACCESS VOLUNTEERS | EMPLOYEES | FINANCIAL ACCESS | A LA CARTE |
|---|---|---|---|---|---|
| | STARTING AT $16 | STARTING AT $16 | STARTING AT $16 | STARTING AT $37 | INDIVIDUAL COST PER SERVICE |
| Employment Credit ($60 one-time set up fee required) | | | | X | $10.00 |
| Confidence Multi State Criminal and Sex Offender Database w/Alias** | X | X | X | X | $ 9.00 |
| 7 Yr County Criminal Records Search: Current County of Residence* | X | X | X | X | $ 7.00 |
| Add'l Counties Added As Needed Based on 7 yr Address History* | | X | X | X | $ 5.50 |
| County Civil Records Search (upper): 1 County* | | | | X | $11.00 |
| Motor Vehicle Records Search* | | | | | $ 5.00 |
| Employment Verification: 1 Position* | | | | | $ 8.00 |
| Education Verification: 1 Degree* | | | | | $ 7.00 |
| Personal Reference: 1 Reference | | | | | $11.00 |
| Professional Reference: 1 Reference | | | | | $12.00 |
| International Criminal Search 1 Jurisdiction* | | | | | $50.00 |

\* 3rd Party keeper fees may apply and will be passed on at cost when incurred.
\*\* Criminal records found in the Multi State database check are subject to verification at the source and additional costs may apply.

**For more information go to: selective.com/praesidium - (800.743.6354) - selective@praesidiuminc.com**
In order to receive this exclusive benefit please identify yourself as a Selective Insurance agent or insured.

# IMPORTANT NOTICE TO POLICYHOLDERS
# COMMERCIAL PROPERTY INSURANCE TO VALUE

NO COVERAGE IS PROVIDED BY THIS POLICYHOLDER NOTICE NOR CAN IT BE CONSTRUED TO REPLACE ANY PROVISION OF YOUR POLICY. YOU SHOULD READ YOUR POLICY AND REVIEW YOUR DECLARATIONS PAGE FOR COMPLETE INFORMATION ON THE COVERAGES YOU ARE PROVIDED. IF THERE IS ANY CONFLICT BETWEEN THE POLICY AND THIS NOTICE, THE PROVISION OF THE POLICY SHALL PREVAIL.

## REGARDING BUILDING INSURANCE TO VALUE

The replacement cost for building(s) insured on this policy is an estimated replacement cost based on general information about your building(s). It is developed from models that use estimated cost of construction materials and estimated labor rates for like buildings in the area. The actual cost to replace your building(s) may be significantly different. Selective Insurance does not guarantee that this figure will represent the actual cost to replace your building(s). You are responsible for selecting the appropriate amount of coverage and you may obtain your own insurance replacement cost appraisal. Additional information you obtain on the replacement cost of your building(s) can further assist you in making a more informed decision about the true value of your building(s). Selective Insurance will consider and accept, if reasonable, your appraisal. Any higher coverage amounts selected will result in higher premiums. You may contact your insurance agent to assist you in obtaining your own insurance replacement cost appraisal or contact one of the numerous companies providing insurance replacement cost appraisals for commercial buildings.

## REGARDING BUSINESS PERSONAL PROPERTY INSURANCE TO VALUE

The replacement cost for your Business Personal Property insured on this policy is based on values provided by you. You are responsible for selecting the appropriate amount of coverage to ensure adequate replacement cost values.

Copyright, 2010 Selective Insurance Company of America. All rights reserved.

**IN 03 29 03 10**
**Page 1 of 1**
Exhibit "A"

INSURED'S COPY

# ILLINOIS NOTICE TO POLICYHOLDERS REGARDING THE RELIGIOUS FREEDOM PROTECTION AND CIVIL UNION ACT

Dear Policyholder:

This is to provide notice that, pursuant to Illinois Department of Insurance Company Bulletin 2011-06 (CB 2011-06), this policy is in compliance with the Illinois Religious Freedom Protection and Civil Union Act ("the Act", 750 ILL. COMP. STAT. 75/1). The Act, which became effective on June 1, 2011, creates a legal relationship between two persons of either the same or opposite sex who establish a civil union.

The Act provides that parties to a civil union are entitled to the same legal obligations, responsibilities, protections and benefits that are afforded or recognized by the law of Illinois to spouses, whether they are derived from statute, administrative rule, policy, common law or any source of its civil or criminal law. In addition, this law requires recognition of a same-sex civil union, marriage, or other substantially similar legal relationship, except for common law marriage, legally entered into in other jurisdictions. The Act further provides that "party to a civil union" shall be included in any definition or use of the terms "spouse", "family", "immediate family", "dependent", "next of kin" and other terms descriptive of spousal relationships as those terms are used throughout the law. According to CB 2011-06, this includes the terms "marriage" or "married" or any variations thereof. CB 2011-06 also states that if policies of insurance provide coverage for children, the children of civil unions must also be provided coverage.

Copyright, 2011 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IN 03 90 01 12
Page 1 of 1

INSURED'S COPY

Exhibit "A"

# IMPORTANT NOTICE TO POLICYHOLDERS

## ILLINOIS CONSUMER COMPLAINT NOTIFICATION

**NO COVERAGE IS PROVIDED BY THIS POLICYHOLDER NOTICE NOR CAN IT BE CONSTRUED TO REPLACE ANY PROVISION OF YOUR POLICY. YOU SHOULD READ YOUR POLICY AND REVIEW YOUR DECLARATIONS PAGE FOR COMPLETE INFORMATION ON THE COVERAGES YOU ARE PROVIDED. IF THERE IS ANY CONFLICT BETWEEN THE POLICY AND THIS NOTICE, THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Part 919 of the Rules of the Illinois Department of Insurance requires that our company advise you, that should any complaints arise regarding this insurance that you wish to take up with the Illinois Department of Insurance, it maintains Consumer Divisions in Chicago at 122 S. Michigan Ave., 19th Floor, Chicago, Illinois 60603 and in Springfield at 320 West Washington Street, Springfield, Illinois 32767.

You may also contact the Illinois Department of Insurance Consumer Division at http://insurance.illinois.gov or by telephone at 312-814-2420 or 217-782-4515.

Selective Insurance
Regulatory Services
40 Wantage Avenue
Branchville NJ 07890

Copyright, 2016 Selective Insurance Company of America. All rights reserved.

**IN 04 35 08 16**
**Page 1 of 1**
Exhibit "A"

INSURED'S COPY

# NOTICE TO POLICYHOLDERS
## POTENTIAL RESTRICTIONS OF TERRORISM COVERAGE
## WHEN TERRORISM COVERAGE IS ACCEPTED

This Notice has been prepared in conjunction with the **POTENTIAL** implementation of changes related to coverage of terrorism under your policy.

The Terrorism Risk Insurance Act established a program (Terrorism Risk Insurance Program) within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks. That Program is subject to a termination date of December 31, 2014 unless extended by the federal government. If the federal Program terminates, or is extended with certain changes prior to or during the term of your policy, then the treatment of terrorism under your policy will change. This Notice is being provided to you for the purpose of summarizing potential impact on your coverage. The summary is a brief synopsis of significant exclusionary provisions and limitations.

This Notice does **not** form a part of your insurance contract. The Notice is designed to alert you to coverage restrictions and to other provisions in certain terrorism endorsement(s) in this policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.

Carefully read your policy, including the endorsements attached to your policy.

## YOUR POLICY DURING TENURE OF THE TERRORISM RISK INSURANCE PROGRAM AS THAT PROGRAM EXISTS PURSUANT TO THE TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT OF 2007:

Except as described below, this policy does not contain a terrorism exclusion. However, the policy contains an endorsement under which coverage for "certified acts of terrorism" (which is more fully defined in the endorsement but involves an act of terrorism certified by the federal government to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act) is subject to a limit on our liability pursuant to the federal Terrorism Risk Insurance Act. Further, the absence of a terrorism exclusion does not create coverage for any loss that would otherwise be excluded under the policy, such as losses excluded by the nuclear hazard or war exclusions.

## POTENTIAL CHANGE TO YOUR POLICY:

**Endorsement IL 09 95 is attached to your policy. Its provisions become applicable to your policy only if certain events (one or more of them) occur. Those events include the following:**

- If the federal Terrorism Risk Insurance Program (TRIP) terminates with respect to the type of insurance provided under this policy. (TRIP is/was scheduled to terminate at the end of December 31, 2014 unless extended by the federal government.); or

- If TRIP is extended with changes that redefine terrorism, and we are not required to make such revised coverage available to you; or

- If TRIP is extended with changes that make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other events or occurrences under this policy, and we are not required to make such revised coverage available to you; or

- If TRIP is extended with changes that increase insurers' statutory percentage deductible under TRIP for terrorism losses, or decrease the federal government's statutory percentage share in potential terrorism losses, and we are not required to make terrorism coverage available to you. Our deductible is 20% of the total of our previous year's direct earned premiums. The government's share is 85% of the terrorism losses paid by us above the deductible.

Copyright, 2013 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**IN 04 61 01 14**
**Page 1 of 2**

INSURED'S COPY

Exhibit "A"

**Endorsement IL 09 95 treats terrorism as follows:**

Coverage for loss or damage arising out of a terrorism incident is excluded only if:

- The total of all insured damage to all types of property (including business interruption losses sustained by owners or occupants of damaged property), from the incident, exceeds $25 million. The $25 million property damage threshold is based on losses sustained by all persons and entities who are affected by an incident of terrorism, and who are insured for the damage, or who would be insured but for a terrorism exclusion. To determine whether the threshold for property damage ($25 million) is exceeded, multiple incidents of terrorism which occur within a seventy-two hour period and appear to be linked together or have a related purpose or common leadership behind them shall be considered to be one incident of terrorism; or

- The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or

- The terrorism event involves the release of radioactive material, and it appears that one purpose of the terrorism was to release such material; or

- The terrorism event is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

- The terrorism event involves the release of pathogenic or poisonous biological or chemical materials, and it appears that one purpose of the terrorism was to release such materials.

The Exception Covering Certain Fire Losses applies only in certain states. If the exception applies in any states under your policy, that is indicated in the Schedule of the terrorism endorsement. If the Exception applies, the Schedule indicates the affected types of insurance in affected states. When the Exception applies, the exclusion of terrorism does not apply to direct loss or damage by fire to Covered Property, with respect to affected types of insurance in affected states.

**See the definition of terrorism for purposes of the terrorism exclusion.**

Copyright, 2013 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

Exhibit "A"

# POLICYHOLDER DISCLOSURE NOTICE
# OFFER OF TERRORISM INSURANCE COVERAGE
# AND
# REJECTION FORM — EFFECTIVE UNTIL REVOKED

**Offer of Coverage:**

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, you have a right to purchase insurance coverage for losses resulting from "acts of terrorism", as defined in Section 102(1) of the Act. The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury - in consultation with the Secretary of Homeland Security, and the Attorney General of the United States - to be an "act of terrorism"; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**You may accept or reject insurance coverage for losses resulting from certified "acts of terrorism".**

- If you accept this offer of coverage simply pay your billed premium, which includes the amount shown below. You do not need to do anything else.

- If you would like to reject this coverage, please see the section of this form entitled Rejection of Terrorism Insurance Coverage and follow the instructions. Even if you reject this coverage, state law prohibits us from excluding fire losses resulting from an "act of terrorism". Therefore, the terrorism exclusion we place on your policy will contain an exception for fire losses resulting from an "act of terrorism". The additional premium for such fire losses resulting from an "act of terrorism" is shown below. **Please note that if you reject coverage for losses resulting from certified "acts of terrorism", we will not provide coverage on renewals of this policy unless you ask us for coverage in the manner set forth in our "Offer of Terrorism Insurance Coverage When Terrorism Insurance Coverage Was Previously Rejected" form, which will be attached to renewals of this policy.**

**Disclosure of Premium:**

The portion of your annual premium that is attributable to coverage for "acts of terrorism" is $730.00 and does not include any charges for the portion of loss that may be covered by the federal government under the Act.

The premium for terrorism (fire only) coverage is $372.00 and is due regardless of whether you reject coverage for certified "acts of terrorism".

Please be aware that even if you purchase coverage for losses resulting from certified "acts of terrorism", your policy will still contain other policy terms, conditions, limitations and exclusions that may impact whether coverage is available in the event of a loss resulting from a certified "act of terrorism".

Copyright, 2016 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**IN 05 85 01 16**
**Page 1 of 2**
Exhibit "A"

**Federal Participation in Payment of Terrorism Losses:**

You should know that where coverage is provided by this policy for losses resulting from certified "acts of terrorism", such losses may be partially reimbursed by the United States Government under a formula established by federal law. Under the formula, the United States Government generally reimburses the following percentages of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage:

    **a.** 85% through 2015;
    **b.** 84% beginning on January 1, 2016;
    **c.** 83% beginning on January 1, 2017;
    **d.** 82% beginning on January 1, 2018;
    **e.** 81% beginning on January 1, 2019;
    **f.** and 80% beginning on January 1, 2020.

**Cap on Insurer Participation in Payment of Terrorism Losses:**

You should also know that the Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits United States Government reimbursement as well as insurers' liability for losses resulting from certified "acts of terrorism" when the amount of such losses in any one calendar year exceeds $100 billion. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

**Rejection of Terrorism Insurance Coverage:**

**You may reject this offer of coverage by checking the box, filling in the information below, signing and returning this form to your agent. If you choose to reject this offer of coverage, we will add an exclusionary endorsement to your policy to eliminate coverage for losses resulting from certified "acts of terrorism".**

---

**Rejection of Coverage - Effective Until Revoked**

☐ **I HAVE READ THIS FORM IN ITS ENTIRETY AND DO NOT WANT TO PURCHASE COVERAGE FOR CERTIFIED "ACTS OF TERRORISM". I UNDERSTAND THAT THIS REJECTION IS EFFECTIVE UNTIL I AFFIRMATIVELY REVOKE IT IN THE MANNER SET FORTH IN SELECTIVE'S "OFFER OF TERRORISM INSURANCE COVERAGE WHEN TERRORISM INSURANCE COVERAGE WAS PREVIOUSLY REJECTED" FORM, AND THAT IF I SIGN THIS FORM THIS POLICY AND ANY RENEWALS WILL EXCLUDE COVERAGE FOR LOSSES RESULTING FROM CERTIFIED "ACTS OF TERRORISM".**

_____   SELECTIVE INSURANCE COMPANY OF AMERICA
Policyholder/Applicant's Signature   Insurance Company

                                   S  2321381
_____   Policy or Quote Number
Print Name

_____
Title

_____
Date

---

Copyright, 2016 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

# NOTICE TO RENEWING POLICYHOLDERS

# CUSTOMER NOTICE ABOUT POLICY DELIVERY & PRINTING

Selective provides you with the choice of receiving your insurance policy documents in printed form or digital form.

You can request delivery of your policy in digital format at any time - simply contact your independent agent. (To comply with state insurance regulations, Selective asks for your consent prior to delivering your policy in digital format.)

We want to make your customer experience as convenient as possible, while being good stewards of costs and the environment. When you renew your policy with Selective:

1. We do not print certain forms previously provided to you. Typically, these include:
   a. Policy forms that do not include your specific customer information.
   b. Policy forms with your information that have not been revised.
2. We do print new forms, forms that have changed, and forms that have your specific policy information.

For your convenience, a complete copy of your policy including all forms is always available to you online through Selective's Customer Self-Service portal. You can view your policy information at any time - 24 hours a day, 7 days a week. You can sign up and log in by visiting selective.com and following the login process.

Copyright, 2018 Selective Insurance Company of America. All rights reserved.

**IN 08 47 11 18**
Page 1 of 1
Exhibit "A"

INSURED'S COPY

# IMPORTANT NOTICE TO POLICYHOLDERS

## Implementation of Insurance Services Office (ISO) 2017 Commercial Property Multistate Forms and Endorsements Revision

## Broadenings, Reductions and Clarifications in Coverage

Thank you for choosing Selective to provide for your insurance needs.

**THIS NOTICE SUMMARIZES THE MAJOR CHANGES IN YOUR COMMERCIAL PROPERTY FORMS AND ENDORSEMENTS THAT ARE CONTAINED IN YOUR INSURANCE POLICY. THIS NOTICE IS NOT PART OF YOUR POLICY AND DOES NOT PROVIDE COVERAGE. FOR COMPLETE INFORMATION ON ALL COVERAGE, TERMS, CONDITIONS AND EXCLUSIONS, PLEASE REVIEW YOUR POLICY AND ITS DECLARATIONS PAGE. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF THE POLICY WILL GOVERN.**

The areas within the policy that broaden or reduce coverage, and other changes, are highlighted below. This Notice does not reference every editorial change made in your policy.

The material in this Notice makes reference to form and endorsement numbers; **however, not all forms and endorsements are included in a particular policy.**

---

### BROADENINGS OF COVERAGE

---

- **Water Damage (CP 10 30)**

  Causes Of Loss -Special Form **CP 10 30** excludes wear and tear, but provides that, if wear and tear results in a "specified cause of loss", such resulting loss is covered. "Specified causes of loss", a defined term, includes, in part, accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe under certain circumstances.

  The language relating to such incidents is revised to include reference to the section of pipe that is connected to certain off-premises water supply or sewer systems. Further, the language is revised to remove reference to municipal systems in favor of reference to potable water supply systems and sanitary sewer systems operated by a public or private utility service provider pursuant to authority granted by the state or governmental subdivision where the described premises are located.

- **Building Items Coverage Under A Tenant's Policy (CP 14 01, CP 14 02)**
  The following endorsements address the situation in which a commercial tenant has a contractual obligation under the lease agreement for their rental space, to insure (or assume responsibility for reimbursement of damage to) certain property that is part of the building.

  - Endorsement **CP 14 01** broadens coverage under a tenant's policy by adding certain building items as insured property. Insured building property is described in the Schedule of this endorsement.

  - Endorsement **CP 14 02** broadens coverage under a tenant's policy by adding a specified category or categories of building property as insured property, in accordance with the terms of the endorsement.

**Note:** If your policy previously covered building glass under Endorsement **CP 14 70,** such coverage, if continued, will now be provided under either Endorsement **CP 14 01** or **CP 14 02.**

Copyright, 2019 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

- **Burglary And Robbery Protective Safeguards (CP 12 11)**

  This endorsement generally requires the insured to notify the insurer of suspension or impairment of a protective system. An exception to that requirement provides that notification is not necessary with respect to suspension or impairment of an automatic burglary alarm or other automatic system if protection can be restored within 48 hours and the insured provides at least one watchperson or other means of surveillance during non-work hours and whenever the premises are otherwise unoccupied (and during work hours if so required in the Schedule).

- **Ordinance Or Law Coverage - Post-Loss Change To Building Code (CP 04 05, CP 04 38, CP 15 31)**

  The Post-Loss Ordinance Or Law Option, if made applicable via the Schedule of this endorsement(s), broadens Ordinance Or Law Coverage by including an ordinance or law that is promulgated or revised after a loss but prior to commencement of reconstruction or repair, provided such ordinance or law requires compliance as a condition precedent to obtaining a building permit or certificate of occupancy.

- **Ordinance Or Law Coverage For Tenant's Interest In Improvements And Betterments (Tenant's Policy) (CP 04 26)**

  New Endorsement **CP 04 26** provides Ordinance Or Law Coverage under a tenant's policy for improvements and betterments. Coverage(s) **A, B** and/or **C** apply in accordance with entry in the Schedule of this endorsement. This endorsement contains the Post-Loss Ordinance Or Law Option described above.

---

## CONDITIONAL: BROADENING OR REDUCTION OF COVERAGE, OR NO IMPACT

---

- **Utility Services - Time Element (CP 15 45)**

  Business interruption policy Forms **CP 00 30** (Business Income And Extra Expense Coverage Form) and **CP 00 32** (Business Income Without Extra Expense Coverage Form) provide for a 72-hour "waiting" period prior to inception of the period of restoration for Business Income losses by means of a period of restoration definition, which also applies to utility services coverage under Endorsement **CP 15 45.** (Alternately, some business interruption policies might be written with no waiting period or a 24-hour waiting period, instead of 72 hours.)

  As revised, the Schedule of Endorsement **CP 15 45** provides for entry of an independent waiting period for Business Income losses arising from utility services interruption, that is, a waiting period which could be different from the policy's waiting period. One of the following waiting periods apply to Business Income coverage under Endorsement **CP 15 45,** subject to entry in the Schedule of that endorsement: no-waiting-period; 12 hours; 24 hours; 48 hours; 72 hours; 96 hours; 120 hours; 144 hours; 168 hours. Accordingly, coverage under Endorsement **CP 15 45** is impacted as follows:

  There is no impact on coverage with respect to continuation of the 72-hour base waiting period.

  There is no impact on coverage with respect to continuation of the 24-hour waiting period and no-waiting-period, for policies that were previously written with those same periods.

  The new 12-hour waiting period and 48-hour waiting period would broaden Business Income utility services coverage that was previously written subject to the 72-hour base waiting period.

  The new waiting periods of 96, 120, 144 and 168 hours would reduce Business Income utility services coverage that was previously written subject to the 72-hour base waiting period.

Copyright, 2019 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

## REDUCTIONS IN COVERAGE

- **Protective Safeguards (CP 04 11)**
  A new condition is added to Paragraph **A.**: An automatic fire alarm or other automatic system listed in the Schedule must be actively engaged and maintained in the "on" position at all times. This explicit requirement recognizes that a protective safeguard that is not activated does not provide protection and as such does not fulfill the expectation that is integral to our acceptance of the risk.

- **Burglary And Robbery Protective Safeguards (CP 12 11)**
  A new condition is added to Paragraph **A.**: An automatic burglary alarm or other automatic system listed in the Schedule must be actively engaged and maintained in the "on" position during all non-work hours and whenever the premises are unoccupied. This explicit requirement recognizes that a protective safeguard that is not activated does not provide protection and as such does not fulfill the expectation that is integral to our acceptance of the risk.

  A related condition enables use of the Schedule to specify additional requirements for activation of an automatic burglary alarm or other automatic system, or parts thereof. For example, some establishments might have valuable property that is to be protected even during business hours.

## OTHER CHANGES

- **Protective Safeguards (CP 04 11) and Burglary And Robbery Protective Safeguards (CP 12 11)**

  These endorsements are reformatted. The requirements that were previously addressed in exclusions in Paragraph **B.** were moved to Paragraph **A**. New Paragraph **B.** restates the exclusions as failure to comply with the conditions set forth in Paragraph **A.**

- **Ordinance Or Law Coverage (CP 04 05)**

  Coverage **A** (loss to the undamaged portion of the building) is included within the Limit of Insurance that applies to the building. In the Coverage **A** grant and in the Loss Payment provisions addressing Coverage **A**, reference to the Limit of Insurance is elaborated upon to recognize that the building limit might appear in the Declarations or elsewhere in the policy. Further, the aforementioned Loss Payment clause is revised to explicitly convey the information that the building limit in the event of earthquake or flood loss (if such perils are endorsed to the policy) may be lower than the limit that otherwise applies. Such elaboration is being made in light of the fact that it is not uncommon in the marketplace for earthquake and flood, if covered, to be written at a sub-limit.

  Editorial revisions and changes to format are made throughout Endorsement **CP 04 05** to accommodate the new Post-Loss Ordinance Or Law Option and enhance the flow of text. In some areas, reference to property is replaced with reference to the building to more precisely reference the subject of coverage. Further, the provision in Paragraph **B.7.** previously appeared in Paragraph **G.**

- **Functional Building Valuation (CP 04 38)**

  Editorial revisions and changes to format are made in the sections of Endorsement **CP 04 38** that address Ordinance Or Law Coverage, to accommodate the new Post-Loss Ordinance Or Law Option and enhance the flow of text.

Copyright, 2019 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

- **Ordinance Or Law - Increased Period Of Restoration (CP 15 31)**

  Endorsement **CP 15 31** is revised to align the description of an ordinance or law with the description in Endorsement **CP 04 05.** Further, certain references to property are replaced with reference to the building to reflect the subject of the ordinance or law.

  The coverage grant in **CP 15 31** is streamlined by referring to a suspension of operations covered under the policy and incorporating the substance of what was previously the closing paragraph of the period of restoration definition in this endorsement. That definition is eliminated within Endorsement **CP 15 31** as the remaining portion is identical to that in the underlying policy.

Copyright, 2019 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

Insurance is provided by the Company designated on the Declarations Page of this policy. The addresses of all Selective Insurance Companies are shown below:

Selective Insurance Company of America
40 Wantage Avenue
Branchville, NJ 07890

Selective Way Insurance Company
40 Wantage Avenue
Branchville, NJ 07890

Selective Insurance Company of South Carolina
900 E. 96th Street, Suite 400
Indianapolis, IN 46240

Selective Insurance Company of New York
300 Olympic Towers
300 Pearl Street
Buffalo, NY 14202

Selective Insurance Company of the Southeast
900 E. 96th Street, Suite 400
Indianapolis, IN 46240

Selective Insurance Company of New England
40 Wantage Avenue
Branchville, NJ 07890

Administrative Offices of all Selective Insurance Companies are located at:
40 Wantage Avenue
Branchville, NJ 07890

INSURED'S COPY

MISC-1693 09 19
Exhibit "A"

## NOTICE OF INFORMATION PRACTICES (LONG FORM)

**MISC-798 06 01**

Your application or information you provide in connection with a claim is our major source of information. However, in order to evaluate your application for insurance, to service your policy or to process a claim, we may ask for additional information about you and any person who will be insured under this policy or who is the subject of the claim. This is sometimes necessary to make certain that the statements on your application are accurate or to process the claim. We may also need more details than you have already given us.

### INFORMATION WE COLLECT

In connection with an application, the information that we may collect will enable us to make possible judgments about your character, habits, hobbies, finances, occupation, general reputation, health or other personal characteristics. In connection with a claim, the information we may collect will enable us to process the claim.

We may obtain this information from several sources. For example, we may contact any physician, clinic or hospital where any persons to be insured or making a claim have been treated. We may need information from your employer. But, before we ask for information from any of these sources, we will ask you to sign an authorization, which gives us permission to proceed, unless authorization is not required by law.

We may get information by talking or writing to other insurance companies to which you applied for a policy or with which you have made a claim, members of your family, neighbors, friends, your insurance agent and others who know you. We may also obtain information from motor vehicle reports, court records, or photographs of the property you want insured or with regard to which you have made a claim.

### CONSUMER REPORTS

It is common for an insurance company to order a report from an independent organization — a consumer reporting agency or an insurance-support organization — to verify and add to the information that you have given us. These reports are used to help us decide if you qualify for the insurance for which you have applied or to evaluate the claim you have made.

They may:

_____   pertain to your mode of living, character, general reputation and personal characteristics such as health, job and finances.

_____   contain information on your marital status, driving records, etc.

_____   include information on the loss history of your property.

_____   include information gathered by talking or writing to you or members of your family, neighbors, friends, your insurance agent and others who know you.

_____   include information from motor vehicle reports, court records or photographs of your property and/or the property involved in the claim.

Upon your request, the consumer reporting agency or insurance-support organization will attempt to interview you in connection with any report it prepares. The information may be kept by the reporting organization and may later be given to others who use its services. It will be given only to the extent permitted by the Federal Fair Credit Reporting Act and your local state law, if any. Upon request and identification, the consumer reporting agency or insurance-support organization will provide you with a copy of the report.

**MISC-798 06 01**

## DISCLOSURE OF INFORMATION

Information we collect about you will not be given to anyone without your consent, except when necessary to conduct our business. There are some disclosures which may be made without your prior authorization. These include:

_____ Persons or organizations who need the information to perform a professional, business or insurance function for us, such as businesses that assist us with data processing or marketing.

_____ Other insurance companies, agents, or consumer reporting agencies as it may be needed in connection with any application, policy or claim involving you.

_____ Adjusters, appraisers, investigators and attorneys who need the information to investigate or settle a claim involving you.

_____ An insurance-support organization which is established to collect information for the purpose of detecting and preventing insurance crimes or fraudulent claims.

_____ A medical professional or institution to verify your insurance coverage or inform you of a medical condition of which you may not be aware.

_____ Persons or organizations that conduct scientific research, including actuarial or underwriting studies.

_____ Persons or organizations that will use the information for sales purposes, unless you indicate in writing to us that you do not want the information disclosed for this purpose.

_____ Our affiliated companies for auditing our operations and for marketing an insurance product or service.

In addition, we may provide information to state insurance departments in connection with their regulatory authority and to other governmental or law enforcement authorities to protect our legal interests or in cases of suspected fraud or illegal activities.

## YOUR INSURANCE POLICY FILES

Information we collect about you will be kept in our policy files. We may refer to this information if you file a claim for benefits under any policy you have with us or if you apply to us for a new policy. You have the right to know what kind of information we keep in our files about you, to have access to the information, and to receive a copy. There are some types of information; however, to which we are not required to give you access. This type of information is generally collected when we evaluate a claim or when the possibility of a lawsuit exists.

If you want information from your files, please contact us. There may be a nominal charge for copies of records. If you think your file contains incorrect information, notify us indicating what you believe is incorrect and your reasons. We will reinvestigate the matter and either correct our records or place a statement from you in our files explaining why you believe the information is incorrect. We will also notify persons or organizations to whom we previously disclosed the information of the change or your statement.

## CONFIDENTIALITY AND SECURITY OF PERSONAL INFORMATION

We restrict access to personal information to those individuals who need to know that information to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with legal standards and ensure the confidentiality of personal information in accordance with our policy.

## TREATMENT OF PERSONAL INFORMATION OF FORMER CUSTOMERS AND APPLICANTS

We adhere to this personal information privacy policy even when a customer relationship no longer exists. Disclosures about former applicants and customers may be made without prior authorization as permitted by law.

If you have any questions about our information practices, please contact us.

INSURED'S COPY

| Issued by The Stock Insurance Company | | **Policy Number** |
|---|---|---|
| | | S  2321381 |

## SELECTIVE INSURANCE COMPANY OF AMERICA
### 40 WANTAGE AVE, BRANCHVILLE, NJ 07890
# COMMERCIAL POLICY COMMON DECLARATION

| Named Insured and Address | Policy Period |
|---|---|
| VIDHI 3, LLC DBA RADISSON HOTEL AND CONFERENCE CENTER URBANA ILLINOIS 1001 W KILLARNEY ST URBANA, IL 61801-1036 | From: MARCH 15, 2020 <br> To:  MARCH 15, 2021 <br><br> 12:01 A.M Standard Time At Location of Designated Premises. |

| Named Insured is: | Producer Number: |
|---|---|
| LTD LIABILITY | 00-13189-00000 |

| Producer: |
|---|
| UNITED INSURANCE AGENCIES <br> INDIANA |

## Schedule of Coverage

COMMERCIAL PROPERTY COVERAGE
COMMERCIAL GENERAL LIABILITY COVERAGE
COMMERCIAL AUTOMOBILE COVERAGE
COMMERCIAL CRIME COVERAGE

In return for payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance indicated in the schedule above. Insurance is provided only for those coverages for which a specific limit is shown on the attached coverage declaration(s).

| PAYMENT METHOD | Total Policy Premium _____ $25,999.00 |
|---|---|
| REG - 1 | (This premium may be subject to adjustment.) |

| Date Issued: FEBRUARY 4, 2020 | |
|---|---|
| Issuing Office: HEARTLAND REGION | |
| | Authorized Representative _____ |

IL-7025 (11/89)

INSURED'S COPY

Exhibit "A"

| Policy Number |
| --- |
| S 2321381 |

## SCHEDULE OF LOCATIONS

| Policy Effective Date: MARCH 15, 2020 | Schedule Effective Date: MARCH 15, 2020 |
| --- | --- |

| Prem. | | | Bldg. | |
| No. | Location | | No. | Occupancy |
| 1 | 1001 W KILLARNEY ST | | 1 | 198 UNIT HOTEL |
| | URBANA, IL 61801 | | | |

IL-7036 (01/93)

INSURED'S COPY

Exhibit "A"

| Policy Number |
| --- |
| S  2321381 |

## COMMERCIAL POLICY FORMS AND ENDORSEMENT SCHEDULE

| Policy Effective Date: MARCH 15, 2020 | Schedule Effective Date MARCH 15, 2020 |
| --- | --- |

THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
COMMON COVERAGE PART:

```
IL 70 25    1189   COMMERCIAL POLICY COMMON DECLARATION
IL 70 36    0193   SCHEDULE OF LOCATIONS
IL 00 03    0908   CALCULATION OF PREMIUM
IL 00 17    1198   COMMON POLICY CONDITIONS
IL 00 21    0908   NUCLEAR ENERGY LIABILITY EXCLUSION
IL 79 15    0117   IDENTITY RECOVERY COVERAGE
IL 89 48    0818   EXCLUSION-LEAD HAZARD
IL 89 56    0818   ASBESTOS EXCLUSION
```

THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
COMMERCIAL PROPERTY COVERAGE PART:

```
CP 70 26    0617   COMMERCIAL PROP DEC
CP 00 10    1012   BUILDING & PERSONAL PROPERTY COVERAGE FM
CP 00 30    1012   BUSINESS INCOME COVERAGE (W/EX EXP)
CP 00 90    0788   COMMERCIAL PROPERTY CONDITIONS
CP 01 40    0706   EXCL OF LOSS DUE TO VIRUS OR BACTERIA
CP 01 49    0607   IL CHANGES-ARTIFIC GEN ELEC CURRENT EXCL
CP 04 05    0917   ORDINANCE OR LAW COVERAGE
CP 04 11    0917   PROTECTIVE SAFEGUARDS
CP 10 30    0917   CAUSES OF LOSS-SPECIAL FORM
CP 12 18    1012   LOSS PAYABLE PROVISIONS
CP 12 19    0607   ADDITIONAL INSURED BUILDING OWNER
CP 15 32    0607   CIVIL AUTHORITY CHANGE(S)
CP 75 51    0511   SYSTEMS POWER PAC
CP 76 13    0513   CRISIS RESPONSE COVERAGE
CP 76 23    1011   COMMERCIAL PROP MORTGAGE HOLDERS SCHED
CP 76 30    0116   ELITEPAC PROPERTY EXT END
CP 76 54    0116   ELITEPAC SCHEDULE - HOTELS
CP 76 64    0116   ACCOUNTS RECEIVABLE COVERAGE ENDORSEMENT
CP 76 67    0116   ELECTRONIC INFORMATION SYSTEMS COVER END
CP 76 68    0116   FINE ARTS COVERAGE ENDORSEMENT
CP 76 69IL  0116   INSTALLATION PROPERTY COVERAGE END
CP 76 70    0116   MOBILE EQUIPMENT COVERAGE END
CP 76 71    0116   PERSONAL EFFECTS COVERAGE END
CP 76 72    0116   PROPERTY IN TRANSIT COVERAGE END
CP 76 73    0116   SALESPERSONS SAMPLES COVERAGE END
CP 76 74    0116   TOOLS AND EQUIPMENT COVERAGE END
CP 76 75    0116   VALUABLE PAPERS COVERAGE END
IL 01 18    0217   ILLINOIS CHANGES
IL 02 84    0118   IL CHANGES-CANCELLATION & NONRENEWAL
IL 09 52    0115   CAP ON LOSS FROM CERT ACTS OF TERRORISM
IL 09 99A   0115   DISCL PURSUANT TO TERR RISK INS ACT
```

THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
COMMERCIAL GENERAL LIABILITY COVERAGE PART:

```
CG 70 35    0690   COMMERCIAL LIABILITY COVG DECLARATION
CG 00 01    0413   CGL COV FORM (OCCURRENCE)
CG 00 33    0413   LIQUOR LIABILITY COV FORM (OCCURRENCE)
CG 02 00    0118   ILLINOIS CHANGES CANCELLATION NON RENL
CG 20 08    0413   ADDL INSD-USERS OF GOLFMOBILES
CG 20 10A   0704   ADDL INSD-CONTRACTORS SCHEDULED PERSON
CG 20 29    0413   ADDL INSD-GRANTOR OF FRANCHISE
CG 21 06    0514   EXCL ACCESS DISCL CONF PERS INF-W/LIM BI
CG 21 47    1207   EMPLOYMENT-RELATED PRACTICES EXCL
CG 21 67    1204   FUNGI OR BACTERIA EXCLUSION
```

**NOTICE TO POLICYHOLDER:** All the forms and endorsements contained in this policy as of the "Schedule Effective Date" are listed above. Forms and endorsements added to the policy after this date will appear on a "Policy Changes" endorsement. Please read your policy and all "Policy Changes" carefully.

**NOTE:** All applicable "IL" endorsements will be attached in the Common Section of the policy.

INSURED'S COPY

Exhibit "A"

| | Policy Number |
|---|---|
| | S  2321381 |

# COMMERCIAL POLICY FORMS AND ENDORSEMENT SCHEDULE

| Policy Effective Date: MARCH 15, 2020 | Schedule Effective Date  MARCH 15, 2020 |
|---|---|

THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
COMMERCIAL GENERAL LIABILITY COVERAGE PART:

```
CG 21 70   0115   CAP ON LOSSES FROM CERT ACTS OF TERROR
CG 22 45   0413   EXCL-SPEC HEALTH OR COSMETIC SERV.
CG 22 53   1185   EXCL-LAUNDRY & DRY CLEANING DAMAGE
CG 24 07   0196   PROD/COMPLETED OPERATIONS HAZARD REDEFIN
CG 24 16A  1207   CANOES OR ROWBOATS
CG 25 04   0509   DESIGNATED LOCATION(S) GENERAL AGG LIMIT
CG 31 22   0902   ILLINOIS CHANGES - LIQUOR LIABILITY
CG 70 98   0100   ILL RESERVATION-WAKE UP SERVICE LIAB
CG 73 00   0119   ELITEPAC GL EXT END
CG 73 06   0116   HOTEL AND RESTAURANT ELITEPAC GL EXT END
CG 79 35A  0708   PRODUCT RECALL EXPENSE COV ENDT
CG 79 95IL 0418   DATA COMPROMISE COVERAGE
CG 79 97   1116   GENERAL AGGREGATE LIMIT PER PROJECT
IL 01 47   0911   ILLINOIS CHANGES - CIVIL UNION
IL 01 62   0908   ILLINOIS CHANGES-DEFENSE COSTS
IL 09 99A  0115   DISCL PURSUANT TO TERR RISK INS ACT
IN 05 81   0216   ERISK HUB IMPORTANT NOTICE
```

THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
BUSINESS AUTOMOBILE COVERAGE PART:

```
CA 70 57   0292   AUTO DEC -LOSS PAYEE
CA 70 58   0292   BUSINESS AUTO COVERAGE DECLARATION PAGE2
CA 00 01   1013   BUSINESS AUTO COVERAGE FORM
CA 01 20   0115   ILLINOIS CHANGES
CA 02 70   0118   ILLINOIS CHANGES CANC AND NONRENEWAL
CA 04 42   1013   EXCL FED EMPLOYEES USING AUTO IN GOV BUS
CA 20 54   1013   EMPLOYEE HIRED AUTOS
CA 21 30   0115   ILL UNINSURED MOTORISTS COVERAGE
CA 21 38   1013   ILLINOIS UNDERINSURED MOTORISTS COVERAGE
CA 21 53   1013   ILLINOIS UNINSURED MOTORISTS PROP DAM
CA 24 02   1013   PUBLIC TRANSPORTATION AUTOS
CA 70 38A  0818   PHYSICAL DAMAGE COVERAGE
CA 77 74   0706   LIMITED MOBILE EQUIPMENT COVERAGE
CA 78 09   1117   ELITEPAC COMMERCIAL AUTO EXT END
CA 78 16   1117   COMMERCIAL AUTO ELITEPAC SCHEDULE
CA 99 03A  1013   AUTO MEDICAL PAYMENTS COVERAGE
IL 01 47   0911   ILLINOIS CHANGES - CIVIL UNION
IL 01 62   0908   ILLINOIS CHANGES-DEFENSE COSTS
SA 21 30   1014   ILL UNINSURED MOTORISTS COVERAGE
```

THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
COMMERCIAL CRIME FIDELITY COVERAGE PART:

```
CR 70 26   0292   COMMERCIAL CRIME COVERAGE DECLARATION
CR 00 21   0506   COMMERCIAL CRIME COVERAGE FORM
CR 02 02   0118   ILLINOIS CHANGES
CR 02 77   0911   INCL FAM OF BLDG MGR,EMPL,ETC-IL
CR 70 36   0116   ERISA INFLATION GUARD ENDORSEMENT
CR 79 13   0109   COMPUTER FRAUD ADDITIONAL EXCL
CR 79 25   0116   HOTELS CRIME ELITEPAC END
IL 09 35   0702   EXCL OF CERTAIN COMPUTER-RELATED LOSSES
SCR 20 08  0917   CONVERT TO AN AGGREGATE LIMIT OF INS
SCR 25 47  0917   U.S.DEPT OF LABOR-ERISA PLAN COVERAGE
```

**NOTICE TO POLICYHOLDER:** All the forms and endorsements contained in this policy as of the "Schedule Effective Date" are listed above. Forms and endorsements added to the policy after this date will appear on a "Policy Changes" endorsement. Please read your policy and all "Policy Changes" carefully.

**NOTE:** All applicable "IL" endorsements will be attached in the Common Section of the policy.

IL-7035 (08/93)

INSURED'S COPY

Exhibit "A"

# DISCLOSURE OF PREMIUM AND ESTIMATED PREMIUM
# FOR CERTIFIED ACTS OF TERRORISM COVERAGE
# (PURSUANT TO TERRORISM RISK INSURANCE ACT)

POLICY NUMBER: S  2321381                                                 **IL 09 99 01 15**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

**SCHEDULE**

---

**SCHEDULE — PART I**

**Terrorism Premium (Certified Acts)**

**(A) Premium through end of year (12/31/20)**  $584

**(B) Estimated Premium beyond the date specified**  $146
**above**
(Refer to Paragraph **D.** in this endorsement.)

**This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):**

S   2321381




**Additional information, if any, concerning the terrorism premium:**



---

**SCHEDULE — PART II**

**Federal share of terrorism losses   80%    Year: 2020**

(Refer to Paragraph **B.** in this endorsement.)

**Federal share of terrorism losses _____ % Year: 20 ____**

(Refer to Paragraph **B.** in this endorsement.)

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

Copyright, Insurance Services Office, Inc., 2015

**IL 09 99 01 15**
**Page 1 of 2**
Exhibit "A"

INSURED'S COPY

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under that Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. Possibility Of Additional Or Return Premium**

The premium for certified acts of terrorism coverage is calculated based in part on the federal participation in payment of terrorism losses as set forth in the Terrorism Risk Insurance Act. The federal program established by the Act is scheduled to terminate at the end of the year specified in Part **I** of the Schedule of this endorsement, unless extended by the federal government. If the federal program terminates or if the level or terms of federal participation change, the estimated premium shown in **(B)** in Part **I** of the Schedule may not be appropriate.

If this policy contains a Conditional Exclusion, continuation of coverage for certified acts of terrorism, or termination of such coverage, will be determined upon disposition of the federal program, subject to the terms and conditions of the Conditional Exclusion. If this policy does not contain a Conditional Exclusion, coverage for certified acts of terrorism will continue. In either case, when disposition of the federal program is determined, we will recalculate the premium shown in **(B)** in Part **I** of the Schedule and will charge additional premium or refund excess premium, if indicated.

If we notify you of an additional premium charge, the additional premium will be due as specified in such notice.

Copyright, Insurance Services Office, Inc., 2015

INSURED'S COPY

# CALCULATION OF PREMIUM

**IL 00 03 09 08**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

Copyright, ISO Properties, Inc., 2007

**IL 00 03 09 08**
Exhibit "A"

INSURED'S COPY

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**(Broad Form)**

IL 00 21 09 08

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

   "Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

   "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

Copyright, ISO Properties, Inc., 2007

IL 00 21 09 08
Page 1 of 2
Exhibit "A"

INSURED'S COPY

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

Copyright, ISO Properties, Inc., 2007

Exhibit "A"

INSURED'S COPY

# ILLINOIS CHANGES

**IL 01 18 02 17**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to Standard Property Policy **CP 00 99,** the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** The following is added to the **Legal Action Against Us** Condition:

The two year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

**C.** If this policy covers:

**1.** The following in **a.** and **b.,** then Paragraphs **2.** and **3.** apply:

   **a.** Real property used principally for residential purposes up to and including a four family dwelling; or

   **b.** Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

**2.** The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

   **a.** Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

   **b.** We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

      **(1)** You demanded the appraisal; and

      **(2)** The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

**3.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

**Concealment, Misrepresentation Or Fraud**

   **a.** This Coverage Part or Coverage Form is void if you or any insured ("insured") commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

      **(1)** Was made with actual intent to deceive; or

      **(2)** Materially affected either our decision to provide this insurance or the hazard we assumed.

   However, this condition will not serve as a reason to void this Coverage Part or Coverage Form after the Coverage Part or Coverage Form has been in effect for one year or one policy term, whichever is less.

   **b.** We do not provide coverage under this Coverage Part or Coverage Form to you or any other insured ("insured") who, at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

      **(1)** This Coverage Part or Coverage Form;

      **(2)** The Covered Property;

      **(3)** Your interest in the Covered Property; or

      **(4)** A claim under this Coverage Part or Coverage Form.

   **c.** Notwithstanding the limitations stated in **3.a.** above, we may cancel the Coverage Part or Coverage Form in accordance with the terms of the Cancellation Condition.

INSURED'S COPY

**D.** For the Commercial Property Coverage Part and the Standard Property Policy, the following exclusion and related provisions are added to Paragraph **B.2.** Exclusions in the Causes of Loss Forms and to any Coverage Form or policy to which a Causes of Loss Form is not attached:

  **1.** We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

  In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

  **2.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

  **a.** The loss arose out of a pattern of criminal domestic violence; and

  **b.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

  **3.** If we pay a claim pursuant to Paragraph **D.2.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**E.** The **Intentional Loss Exclusion** in the Causes of Loss Form - Farm Property, Mobile Agricultural Machinery And Equipment Coverage Form and Livestock Coverage Form is replaced by the following:

  **1.** We will not pay for loss ("loss") or damage arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss ("loss").

  In the event of such loss ("loss"), no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss ("loss").

  **2.** However, this exclusion will not apply to deny payment to an innocent co-"insured" who did not cooperate in or contribute to the creation of the loss ("loss") if:

  **a.** The loss ("loss") arose out of a pattern of criminal domestic violence; and

  **b.** The perpetrator of the loss ("loss") is criminally prosecuted for the act causing the loss.

  **3.** If we pay a claim pursuant to Paragraph **E.2.,** our payment to the "insured" is limited to that "insured's" insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**F.** The **Intentional Loss Exclusion** in the Capital Assets Program (Output Policy) Coverage Part, is replaced by the following:

  **1.** We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

  In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

  **2.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

  **a.** The loss arose out of a pattern of criminal domestic violence; and

  **b.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

  **3.** If we pay a claim pursuant to Paragraph **F.2.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

Copyright, Insurance Services Office, Inc., 2016

INSURED'S COPY

# ILLINOIS CHANGES — CIVIL UNION

IL 01 47 09 11

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The term "spouse" is replaced by the following:

Spouse or party to a civil union recognized under Illinois law.

**B.** Under the Commercial Auto Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to the:

1. Individual Named Insured by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of such Named Insured's household, including a ward or foster child; or

2. Individual named in the Schedule by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage - Broadened Coverage For Named Individual Endorsement is attached.

**C.** With respect to coverage for the ownership, maintenance, or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of your household, including a ward or foster child.

Copyright, Insurance Services Office, Inc., 2011

Exhibit "A"

INSURED'S COPY

# ILLINOIS CHANGES — DEFENSE COSTS

**IL 01 62 09 08**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART — LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART — MORTGAGEHOLDERS ERRORS AND OMISSIONS COVERAGE FORM
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

   1. Section **I** of the Commercial General Liability, Commercial Liability Umbrella, Employment-Related Practices Liability, Farm, Liquor Liability, Owners And Contractors Protective Liability, Pollution Liability, Products/Completed Operations Liability, Product Withdrawal, Medical Professional Liability, Railroad Protective Liability, Underground Storage Tank Coverage Parts and the Farm Umbrella Liability Policy;

   2. Section **II** — Liability Coverage in Paragraph **A.** Coverage under the Business Auto, Garage, Motor Carrier and Truckers Coverage Forms;

   3. Section **A.** Coverage under the Legal Liability Coverage Form; and

   4. Coverage **C** — Mortgageholder's Liability under the Mortgageholders Errors And Omissions Coverage Form.

**B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

   The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

Copyright, ISO Properties, Inc., 2007

**IL 01 62 09 08**
Exhibit "A"

INSURED'S COPY

# ILLINOIS CHANGES —
# CANCELLATION AND NONRENEWAL

IL 02 84 01 18

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. If this policy has been in effect for 60 days or less, except as provided in Paragraphs **8.** and **9.** below, we may cancel this policy by mailing written notice of cancellation at least:

    **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

3. If this policy has been in effect for more than 60 days, except as provided in Paragraphs **8.** and **9.** below, we may cancel this policy only for one or more of the following reasons:

    **a.** Nonpayment of premium;

    **b.** The policy was obtained through a material misrepresentation;

    **c.** You have violated any of the terms and conditions of the policy;

    **d.** The risk originally accepted has measurably increased;

    **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

    **f.** A determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this State.

    If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

4. We will mail our notice to you, together with our reason for cancellation, at your last mailing address known to us. Proof of mailing will be sufficient proof of notice.

5. Notification of cancellation will also be sent to your broker, if known, or agent of record, if known, and to the mortgagee or lienholder listed on the policy.

6. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

7. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

8. **Real Property Other Than Residential Properties Occupied By Four Families Or Less**

    The following applies only if this policy covers real property other than residential property occupied by four families or less:

    If any one or more of the following conditions exists at any building that is Covered Property in this policy, we may cancel this policy by mailing to you written notice of cancellation, by both certified and regular mail, if:

    **a.** After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

    **b.** The building has been unoccupied 60 or more consecutive days. This does not apply to:

    (1) Seasonal unoccupancy; or

    (2) Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

    **c.** The building has:

    (1) An outstanding order to vacate;

    (2) An outstanding demolition order; or

    (3) Been declared unsafe in accordance with the law.

Copyright, Insurance Services Office, Inc., 2017

INSURED'S COPY

**d.** Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

The policy will terminate 10 days following receipt of the written notice by the named insured(s).

**9. Residential Properties Occupied By Four Families Or Less**

The following applies if this policy covers residential properties occupied by four families or less:

If this policy has been in effect for 60 days, or if this is a renewal policy, we may only cancel this policy for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** The policy was obtained by misrepresentation or fraud; or

**c.** Any act that measurably increases the risk originally accepted.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 30 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

**10.** For insurance provided under the Commercial Property Coverage Part and the Capital Assets Program (Output Policy) Coverage Part, the following applies:

**Grain In Public Grain Warehouses**

(Not applicable to grain owned by the Commodity Credit Corporation)

The following applies only with respect to grain in public grain warehouses:

The first Named Insured or we may cancel this policy at any time by mailing to:

**a.** The other; and

**b.** The Director of the Illinois Department of Agriculture (at its Springfield Office);

60 days' written notice of cancellation.

**B.** The following is added:

**Nonrenewal**

**1.** If we decide not to renew or continue this policy, we will mail you written notice, stating the reason for nonrenewal. Proof of mailing will be sufficient proof of notice.

**2.** Except as provided in Paragraph **6.** below, we will mail you notice of nonrenewal at least 60 days before the end of the policy period.

**3.** If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

**4.** If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

**5.** The following provision applies to policies other than those described in Paragraph **6.:**

Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and the mortgagee or lienholder listed on the policy.

**6.** The following provision applies only if this policy covers residential properties occupied by four families or less:

**a.** If this policy has been issued to you and in effect with us for five or more years, we may not fail to renew this policy unless:

(1) The policy was obtained by misrepresentation or fraud and we mail you notice of nonrenewal at least 30 days before the end of the policy period as provided in **1.** above;

(2) The risk originally accepted has measurably increased and we mail you notice of nonrenewal at least 30 days before the end of the policy period as provided in **1.** above; or

(3) You received 60 days' notice of our intent not to renew as provided in **1.** above.

**b.** If this policy has been issued to you and in effect with us for less than five years, we may not fail to renew this policy unless you received 30 days' notice as provided in **1.** above.

**c.** Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and to the last known mortgagee or lienholder.

**d.** The nonrenewal shall not become effective until at least 30 days from the proof of mailing date of the notice to you.

Copyright, Insurance Services Office, Inc., 2017

**IL 02 84 01 18**
**Page 2 of 2**
Exhibit "A"

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

IL 09 35 07 02

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

**1.** The failure, malfunction or inadequacy of:

**a.** Any of the following, whether belonging to any insured or to others:

**(1)** Computer hardware, including microprocessors;

**(2)** Computer application software;

**(3)** Computer operating systems and related software;

**(4)** Computer networks;

**(5)** Microprocessors (computer chips) not part of any computer system; or

**(6)** Any other computerized or electronic equipment or components; or

**b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

**2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

**1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

**2.** Under the Commercial Property Coverage Part:

**a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss — Special Form; or

**b.** In a Covered Cause of Loss under the Causes Of Loss — Basic Form or the Causes Of Loss — Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

Copyright, ISO Properties, Inc., 2001

IL 09 35 07 02
Exhibit "A"

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

IL 09 52 01 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

### A. Cap On Certified Terrorism Losses

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

### B. Application Of Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Copyright, Insurance Services Office, Inc., 2015

IL 09 52 01 15
Page 1 of 1
Exhibit "A"

INSURED'S COPY

# IDENTITY RECOVERY COVERAGE
# IDENTITY THEFT CASE MANAGEMENT SERVICE AND EXPENSE REIMBURSEMENT

IL 79 15 01 17

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This Endorsement applies to:

COMMERCIAL PROPERTY COVERAGE PART
BUSINESSOWNERS COVERAGE PART
COMMERCIAL OUTPUT POLICY COVERAGE PART

The following is added as an Additional Coverage. If this is being endorsed onto a multi-section form, it is added to the Property section:

### IDENTITY RECOVERY COVERAGE

We will provide the Case Management Service and Expense Reimbursement Coverage indicated below if all of the following requirements are met:

1. There has been an "identity theft" involving the personal identity of an "identity recovery insured" under this policy; and

2. Such "identity theft" is first discovered by the "identity recovery insured" during the policy period for which this Identity Recovery Coverage is applicable; and

3. Such "identity theft" is reported to us within 60 days after it is first discovered by the "identity recovery insured."

If all three of the requirements listed above have been met, then we will provide the following to the "identity recovery insured":

1. **Case Management Service**

   Services of an "identity recovery case manager" as needed to respond to the "identity theft"; and

2. **Expense Reimbursement**

   Reimbursement of necessary and reasonable "identity recovery expenses" incurred as a direct result of the "identity theft."

This coverage is additional insurance.

### EXCLUSIONS

The following additional exclusions apply to this coverage:

We do not cover loss or expense arising from any of the following.

1. The theft of a professional or business identity.

2. Any fraudulent, dishonest or criminal act by an "identity recovery insured" or any person aiding or abetting an "identity recovery insured", or by any authorized representative of an "identity recovery insured", whether acting alone or in collusion with others. However, this exclusion shall not apply to the interests of an "identity recovery insured" who has no knowledge of or involvement in such fraud, dishonesty or criminal act.

3. An "identity theft" that is not reported in writing to the police.

### LIMITS

Case Management Service is available as needed for any one "identity theft" for up to 12 consecutive months from the inception of the service. Expenses we incur to provide Case Management Service do not reduce the amount of limit available for Expense Reimbursement Coverage.

Expense Reimbursement Coverage is subject to a limit of $25,000 annual aggregate per "identity recovery insured." Regardless of the number of claims, this limit is the most we will pay for the total of all loss or expense arising out of all "identity thefts" to any one "identity recovery insured" which are first discovered by the "identity recovery insured" during the present annual policy period. If an "identity theft" is first discovered in one policy period and continues into other policy periods, all loss and expense arising from such "identity theft" will be subject to the aggregate limit applicable to the policy period when the "identity theft" was first discovered.

Legal costs as provided under item **d.** of the definition of "identity recovery expenses" are part of, and not in addition to, the Expense Reimbursement Coverage limit.

Copyright, 2016 Selective Insurance Company of America. All rights reserved.

Exhibit "A"

INSURED'S COPY

Item **e.** (Lost Wages) and item **f.** (Child and Elder Care Expenses) of the definition of "identity recovery expenses" are jointly subject to a sublimit of $5,000. This sublimit is part of, and not in addition to, the Expense Reimbursement Coverage limit. Coverage is limited to wages lost and expenses incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured."

Item **g.** (Mental Health Counseling) of the definition of "identity recovery expenses" is subject to a sublimit of $1,000. This sublimit is part of, and not in addition to, the Expense Reimbursement Coverage limit. Coverage is limited to counseling that takes place within 12 months after the first discovery of the "identity theft" by the "identity recovery insured."

Item **h.** (Miscellaneous Unnamed Costs) of the definition of "identity recovery expenses" is subject to a sublimit of $1,000. This sublimit is part of, and not in addition to, the Expenses Reimbursement Coverage limit. Coverage is limited to costs incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured."

### DEDUCTIBLE

Case Management Service is not subject to a deductible.

Expense Reimbursement Coverage is subject to a deductible of $250. Any one "identity recovery insured" shall be responsible for only one deductible under this Identity Recovery Coverage during any one policy period.

### CONDITIONS

The following additional conditions apply to this coverage:

**A. Help Line**

For assistance, the "identity recovery insured" should call us for:

1. Information and advice for how to respond to a possible "identity theft"; and

2. Instructions for how to submit a service request for Case Management Service and/or a claim form for Expense Reimbursement Coverage.

In some cases, we may provide Case Management services at our expense to an "identity recovery insured" prior to a determination that a covered "identity theft" has occurred. Our provision of such services is not an admission of liability under the policy. We reserve the right to deny further coverage or service if, after investigation, we determine that a covered "identity theft" has not occurred.

As respects Expense Reimbursement Coverage, the "identity recovery insured" must send to us, within 60 days after our request, receipts, bills or other records that support his or her claim for "identity recovery expenses."

**B. Services**

The following conditions apply as respects any services provided by us or our designees to any "identity recovery insured" under this endorsement:

1. Our ability to provide helpful services in the event of an "identity theft" depends on the cooperation, permission and assistance of the "identity recovery insured."

2. All services may not be available or applicable to all individuals. For example, "identity recovery insureds" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

3. We do not warrant or guarantee that our services will end or eliminate all problems associated with an "identity theft" or prevent future "identity thefts."

### DEFINITIONS

With respect to the provisions of this endorsement only, the following definitions are added:

1. **"Identity Recovery Case Manager"** means one or more individuals assigned by us to assist an "identity recovery insured" with communications we deem necessary for re-establishing the integrity of the personal identity of the "identity recovery insured." This includes, with the permission and cooperation of the "identity recovery insured," written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

2. **"Identity Recovery Expenses"** means the following when they are reasonable and necessary expenses that are incurred as a direct result of an "identity theft":

   **a.** Costs for re-filing applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft."

   **b.** Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of your efforts to report an "identity theft" or amend or rectify records as to your true name or identity as a result of an "identity theft."

Copyright, 2016 Selective Insurance Company of America. All rights reserved.

Exhibit "A"

INSURED'S COPY

**c.** Costs for credit reports from established credit bureaus.

**d.** Fees and expenses for an attorney approved by us for the following:

   **(1)** The defense of any civil suit brought against an "identity recovery insured."

   **(2)** The removal of any civil judgment wrongfully entered against an "identity recovery insured."

   **(3)** Legal assistance for an "identity recovery insured" at an audit or hearing by a governmental agency.

   **(4)** Legal assistance in challenging the accuracy of the "identity recovery insured's" consumer credit report.

   **(5)** The defense of any criminal charges brought against an "identity recovery insured" arising from the actions of a third party using the personal identity of the "identity recovery insured."

**e.** Actual lost wages of the "identity recovery insured" for time reasonably and necessarily taken away from work and away from the work premises. Time away from work includes partial or whole work days. Actual lost wages may include payment for vacation days, discretionary days, floating holidays and paid personal days. Actual lost wages does not include sick days or any loss arising from time taken away from self-employment. Necessary time off does not include time off to do tasks that could reasonably have been done during non-working hours.

**f.** Actual costs for supervision of children or elderly or infirm relatives or dependents of the "identity recovery insured" during time reasonably and necessarily taken away from such supervision. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured."

**g.** Actual costs for counseling from a licensed mental health professional. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured."

**h.** Any other reasonable costs necessarily incurred by an "identity recovery insured" as a direct result of the "identity theft."

   **(1)** Such costs include:

      **(A)** Costs by the "identity recovery insured" to recover control over his or her personal identity.

      **(B)** Deductibles or service fees from financial institutions.

   **(2)** Such costs do not include:

      **(A)** Costs to avoid, prevent or detect "identity theft" or other loss.

      **(B)** Money lost or stolen.

      **(C)** Costs that are restricted or excluded elsewhere in this endorsement or policy.

**3.** **"Identity Recovery Insured"** means the following:

   **a.** When the entity insured under this policy is a sole proprietorship, the "identity recovery insured" is the individual person who is the sole proprietor of the insured entity.

   **b.** When the entity insured under this policy is a partnership, the "identity recovery insureds" are the current partners.

   **c.** When the entity insured under this policy is a corporation or other organization, the "identity recovery insureds" are all individuals having an ownership position of 20% or more of the insured entity. However, if and only if there is no one who has such an ownership position, then the "identity recovery insured" shall be:

      **(1)** The chief executive of the insured entity.

      **(2)** As respects a religious institution, the senior ministerial employee.

      **(3)** As respects a school, school district or municipality, the senior administrator.

      **(4)** As respects a not-for-profit corporation or other organization, which is not a religious institution, municipality, school, or school district, the executive director of the insured entity or the chairperson of the insured entity's board of directors.

   An "identity recovery insured" must always be an individual person. The entity insured under this policy is not an "identity recovery insured."

**4.** **"Identity Theft"** means the fraudulent use of the social security number or other method of identifying an "identity recovery insured." This includes fraudulently using the personal identity of an "identity recovery insured" to establish credit accounts, secure loans, enter into contracts or commit crimes.

"Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

All other provisions of this policy apply.

Copyright, 2016 Selective Insurance Company of America. All rights reserved.

INSURED'S COPY

# EXCLUSION — LEAD HAZARD

**IL 89 48 08 18**

## THIS EXCLUSION CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
AUTO DEALERS COVERAGE PART
GARAGE POLICY (VIRGINIA ONLY)
OWNERS and CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE and HIGHWAY LIABILITY POLICY - NEW YORK DEPARTMENT
   OF TRANSPORTATION

This insurance does not apply to:

**a.** "Bodily injury" arising out of the ingestion, inhalation or absorption of lead in any form;

**b.** "Property damage" or "personal and advertising injury" arising from the presence of lead in any form; or

**c.** Any loss, cost or expense arising out of any orders by, or on behalf of, any governmental authority to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize lead in any form;

at or from any premises, sites or locations which are, or were at any time, owned by, rented to, loaned to, or used by any insured, or arising from operations by any insured.

Copyright, 2018 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

# ASBESTOS EXCLUSION

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE PART
BUSINESSOWNERS COVERAGE PART
CAUSES OF LOSS — BASIC FORM
CAUSES OF LOSS — BROAD FORM
CAUSES OF LOSS — SPECIAL FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
AUTO DEALERS COVERAGE PART
MOTOR CARRIER COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCT/COMPLETED OPERATIONS LIABILITY COVERAGE PART

1. It is agreed that this insurance does not apply to any loss or damage relating to the actual, alleged, or threatened presence of, or exposure to, "asbestos," including inhalation, ingestion, irritation, absorption or other similar physical exposure to "asbestos." Such presence of, or exposure to, "asbestos" includes, but is not limited to:

   a. structures or manufacturing processes containing "asbestos";

   b. the disposal of "asbestos" or goods, products or materials containing "asbestos";

   c. the storing or presence of "asbestos" or goods, products or materials containing "asbestos"; or

   d. the removal of "asbestos" from any goods, products, materials, structures or manufacturing processes,

   whether or not such "asbestos" is airborne.

2. We shall have no obligation under this coverage part:

   a. to investigate, settle or defend any claim or "suit" against any "insured" alleging actual or threatened injury or damage of any nature or kind to persons or property which arises out of or would not have occurred but for the presence of, or exposure to, "asbestos"; or

   b. to pay any damages, judgments, settlements, losses, costs or expenses of any kind or nature that may be awarded or incurred by reason of any such claim or suit or any such actual or threatened injury or damage from "asbestos"; or

   c. for any losses, costs or expenses arising out of any obligation, order, direction or request of or upon any insured or others, including, but not limited to, any governmental obligation, order, direction or request, to test for, monitor, clean up, remove, contain, treat, neutralize, in any way respond to, or assess the effects of "asbestos."

3. "Asbestos" includes asbestos, asbestos fibers, asbestos materials, and asbestos products, or any goods or products containing asbestos or asbestos fibers, materials, or products.

Copyright, 2018 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IL 89 56 08 18
Page 1 of 1
Exhibit "A"

| Previous Policy Number | Policy Number |
|---|---|
| S  2321381 | S  2321381 |

# COMMERCIAL PROPERTY COVERAGE DECLARATION

| Policy Effective Date: MARCH 15, 2020 | Coverage Effective Date: MARCH 15, 2020 |
|---|---|

**Insurance is provided only for those coverages for which a specific limit is shown in the following coverage schedule**

## Coverage—Scheduled Locations

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Cause of Loss | Coins | Deductible | Valuation | Inflation Guard |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | BUILDING | $15,820,935 | SPECIAL | 100% | $2,500 | AGRD VAL/RP CST | |
| 1 | 1 | BPP INCL STOCK | $1,054,729 | SPECIAL | 100% | $2,500 | RC | |

## Coverage — Blanket Locations

| Prem. No. | Bldg. No. | Coverage | Rating Value | Covered Cause of Loss | Coins | Deductible | Valuation | Inflation Guard | Blanket ID # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## Business Income

| Prem. No. | Bldg. No. | Coverage Type | Limit of Insurance | BI Waiting Period (hrs) | Coins | Monthly Limit of Indemnity | Max Period of Indemnity | Extended Period of Indemnity | Blanket ID # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | BI INCLUDING RV | $1,200,000 | 72 | 90% | | | 365 | |

## Blanket Coverage

| Blanket ID # | Blanket Group | Total Blanket Limit |
|---|---|---|
| | | |

## Extra Expense

| Prem. No. | Bldg. No. | Limit of Insurance | Monthly Limitation | Prem. No. | Bldg. No. | Limit | Monthly Limitation |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Forms and Endorsements: | Premium Amount |
|---|---|
| | **$18,411.00** |
| Refer to **"Commercial Policy Forms and Endorsement Schedule"** | (This premium may be subject to adjustment) |

CP-7026 (06/17)

INSURED'S COPY

Exhibit "A"

| Previous Policy Number | Policy Number |
|---|---|
| S 2321381 | S 2321381 |

## COMMERCIAL PROPERTY MORTGAGE HOLDERS SCHEDULE

| Policy Effective Date: MARCH 15, 2020 | Schedule Effective Date: MARCH 15, 2020 |
|---|---|

| Prem. No. | Bldg. No. | Mortgage Holder Name and Address |
|---|---|---|
| 1 | 1 | ACCESS POINT FINANCIAL INC., ITS SU SUCCESSORS AND/OR ASSIGNS, ATIMA C/O TRIMONT REAL ESTATE ADVISORS 3500 LENOX RD, STE G1 ATLANTA, GA 30326 |

CP-7623 (10/11)

INSURED'S COPY

Exhibit "A"

# ORDINANCE OR LAW COVERAGE

POLICY NUMBER: s   2321381

COMMERCIAL PROPERTY
**CP 04 05 09 17**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Building Number/ Premises Number | Coverage A | Coverage B Limit Of Insurance | Coverage C Limit Of Insurance | Coverages B And C Combined Limit Of Insurance |
|---|---|---|---|---|
| 001  / 001 | ☐ | $1,500,000 | $1,500,000 | * |
| / | ☐ |  |  | * |
| / | ☐ |  |  | * |

Post-Loss Ordinance Or Law Option:  Yes ☐   No ☒

*Do **not** enter a Combined Limit of Insurance if individual Limits of Insurance are selected for Coverages **B** and **C**, or if one of these Coverages is not applicable.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Each Coverage — Coverage **A**, Coverage **B** and Coverage **C** — is provided under this endorsement only if that Coverage(s) is chosen by entry in the above Schedule and then only with respect to the building identified for that Coverage(s) in the Schedule.

**B. Application Of Coverage(s)**

The Coverage(s) provided by this endorsement applies with respect to an ordinance or law that regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises, subject to the following:

**1.** The requirements of the ordinance or law are in force at the time of loss. But if the Post-Loss Ordinance Or Law Option is indicated in the Schedule as being applicable, then Paragraph **B.2.** applies instead of this Paragraph **B.1.**

**2.** The requirements of the ordinance or law are in force at the time of loss; or the ordinance or law is promulgated or revised after the loss but prior to commencement of reconstruction or repair and provided that such ordinance or law requires compliance as a condition precedent to obtaining a building permit or certificate of occupancy.

**3.** Coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

**4.** Coverage under this endorsement applies only if:

**a.** The building sustains only direct physical damage that is covered under this policy and as a result of such damage, you are required to comply with the ordinance or law; or

Copyright, Insurance Services Office, Inc., 2016

**CP 04 05 09 17**
**Page 1 of 5**
Exhibit "A"

INSURED'S COPY

**b.** The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and as a result of the building damage in its entirety, you are required to comply with the ordinance or law.

However, there is no coverage under this endorsement if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, even if the building has also sustained covered direct physical damage.

**5.** If coverage applies under this endorsement based on the terms of Paragraph **B.4.b.,** we will not pay the full amount of loss otherwise payable under the terms of Coverages **A, B,** and/or **C** of this endorsement. Instead, we will pay a proportion of such loss, meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

(Paragraph **F.** of this endorsement provides an example of this procedure.)

However, if the covered direct physical damage, alone, would have resulted in a requirement to comply with the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages **A, B** and/or **C** of this endorsement.

**6.** We will not pay under this endorsement for:

  **a.** Enforcement of or compliance with any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

  **b.** The costs associated with the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**7.** We will not pay under this endorsement for any loss in value or any cost incurred due to an ordinance or law that you were required to comply with before the time of the current loss, even in the absence of building damage, if you failed to comply.

**C. Coverage**

  **1. Coverage A — Coverage For Loss To The Undamaged Portion Of The Building**

  With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **A** for the loss in value of the undamaged portion of the building as a consequence of a requirement to comply with an ordinance or law that requires demolition of undamaged parts of the same building.

  Coverage **A** is included within the Limit Of Insurance applicable to such building as shown in the Declarations or addressed elsewhere in this policy. Coverage **A** does not increase the Limit of Insurance.

  **2. Coverage B — Demolition Cost Coverage**

  With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

  The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

  **3. Coverage C — Increased Cost Of Construction Coverage**

  **a.** With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

    **(1)** Repair or reconstruct damaged portions of that building; and/or

    **(2)** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

  when the increased cost is a consequence of a requirement to comply with the minimum standards of the ordinance or law.

  However:

    **(1)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current rent property, unless such occupancy is not permitted by zoning or land use ordinance or law.

    **(2)** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

Copyright, Insurance Services Office, Inc., 2016

Exhibit "A"

INSURED'S COPY

The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

**b.** When a building is damaged or destroyed and Coverage **C** applies to that building in accordance with Paragraph **C.3.a.** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in Paragraph **C.3.a.**:

    **(1)** The cost of excavations, grading, backfilling and filling;

    **(2)** Foundation of the building;

    **(3)** Pilings; and

    **(4)** Underground pipes, flues and drains.

The items listed in **b.(1)** through **b.(4)** above are deleted from Property Not Covered, but only with respect to the coverage described in this provision, **3.b.**

## D. Loss Payment

**1.** All following loss payment provisions, **D.2.** through **D.5.**, are subject to the apportionment procedures set forth in Paragraph **B.5.** of this endorsement.

**2.** When there is a loss in value of an undamaged portion of a building to which Coverage **A** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

    **a.** If the Replacement Cost Coverage Option applies and such building is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

        **(1)** The amount you would actually spend to repair, rebuild or reconstruct such building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

        **(2)** The Limit Of Insurance applicable to such building as shown in the Declarations or addressed elsewhere in this policy. (If this policy is endorsed to cover Earthquake and/or Flood as a Covered Cause of Loss, the Limit of Insurance applicable to the building in the event of damage by such Covered Cause of Loss may be lower than the Limit of Insurance that otherwise would apply.)

    **b.** If the Replacement Cost Coverage Option applies and such building is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:

        **(1)** The actual cash value of such building at the time of loss; or

        **(2)** The Limit Of Insurance applicable to such building as shown in the Declarations or addressed elsewhere in this policy. (If this policy is endorsed to cover Earthquake and/or Flood as a Covered Cause of Loss, the Limit of Insurance applicable to the building in the event of damage by such Covered Cause of Loss may be lower than the Limit of Insurance that otherwise would apply.)

**3.** Unless Paragraph **D.5.** applies, loss payment under Coverage **B** — Demolition Cost Coverage will be determined as follows:

We will not pay more than the lesser of the following:

    **a.** The amount you actually spend to demolish and clear the site of the described premises; or

    **b.** The applicable Limit Of Insurance shown for Coverage **B** in the Schedule.

**4.** Unless Paragraph **D.5.** applies, loss payment under Coverage **C** — Increased Cost Of Construction Coverage will be determined as follows:

    **a.** We will not pay under Coverage **C**:

        **(1)** Until the building is actually repaired or replaced, at the same or another premises; and

INSURED'S COPY

**(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**b.** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage **C** is the lesser of:

    **(1)** The increased cost of construction at the same premises; or

    **(2)** The applicable Limit Of Insurance shown for Coverage **C** in the Schedule.

**c.** If the ordinance or law requires relocation to another premises, the most we will pay under Coverage **C** is the lesser of:

    **(1)** The increased cost of construction at the new premises; or

    **(2)** The applicable Limit Of Insurance shown for Coverage **C** in the Schedule.

**5.** If a Combined Limit Of Insurance is shown for Coverages **B** and **C** in the Schedule, Paragraphs **D.3.** and **D.4.** do not apply with respect to the building that is subject to the Combined Limit, and the following loss payment provisions apply instead:

The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Combined Limit Of Insurance shown for Coverages **B** and **C** in the Schedule. Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

**a.** For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

**b.** With respect to the Increased Cost of Construction:

    **(1)** We will not pay for the increased cost of construction:

      **(a)** Until the building is actually repaired or replaced, at the same or another premises; and

      **(b)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(2)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

**(3)** If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**E.** The terms of this endorsement apply separately to each building to which this endorsement applies.

**F.** Example of proportionate loss payment for Ordinance Or Law Coverage Losses (procedure as set forth in Paragraph **B.5.**).

Assume:

3 Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss

3 The building has a value of $200,000

3 Total direct physical damage to building: $100,000

3 The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value

3 Portion of direct physical damage that is covered (caused by wind): $30,000

3 Portion of direct physical damage that is not covered (caused by flood): $70,000

3 Loss under Ordinance Or Law Coverage **C** of this endorsement: $60,000

**Step 1:** Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 x $100,000 = .30

**Step 2:** Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage **C** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

**Note:** The same procedure applies to losses under Coverages **A** and **B** of this endorsement.

Copyright, Insurance Services Office, Inc., 2016

Exhibit "A"

INSURED'S COPY

**G.** The following definition is added:

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

# PROTECTIVE SAFEGUARDS

POLICY NUMBER:  S  2321381

COMMERCIAL PROPERTY
**CP 04 11 09 17**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|---|---|---|
| 1 | 1 | P-1, P-5 |
| **Describe Any "P-9":** | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

**1.** Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

**2.** Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

**3.** Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the **Exclusions** section of:

Causes Of Loss — Basic Form

Causes Of Loss — Broad Form

Causes Of Loss — Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1" Automatic Sprinkler System,** including related supervisory services.

Copyright, Insurance Services Office, Inc., 2016

**CP 04 11 09 17**
**Page 1 of 2**
Exhibit "A"

INSURED'S COPY

Automatic Sprinkler System means:

   **a.** Any automatic fire protective or extinguishing system, including connected:

      **(1)** Sprinklers and discharge nozzles;

      **(2)** Ducts, pipes, valves and fittings;

      **(3)** Tanks, their component parts and supports; and

      **(4)** Pumps and private fire protection mains.

   **b.** When supplied from an automatic fire protective system:

      **(1)** Non-automatic fire protective systems; and

      **(2)** Hydrants, standpipes and outlets.

**"P-2" Automatic Fire Alarm,** protecting the entire building, that is:

   **a.** Connected to a central station; or

   **b.** Reporting to a public or private fire alarm station.

**"P-3" Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-5" Automatic Commercial Cooking Exhaust And Extinguishing System** installed on cooking appliances and having the following components:

   **a.** Hood;

   **b.** Grease removal device;

   **c.** Duct system; and

   **d.** Wet chemical fire extinguishing equipment.

**"P-9",** the protective system described in the Schedule.

Copyright, Insurance Services Office, Inc., 2016

INSURED'S COPY

Exhibit "A"

# LOSS PAYABLE PROVISIONS

POLICY NUMBER: **S   2321381**

COMMERCIAL PROPERTY
**CP 12 18 10 12**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUILDERS' RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Location Number:  001 | Building Number:  001 | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): |
|---|---|---|
| Description Of Property:  HOTEL | | |
| | | C.2 |
| Loss Payee Name: ACCESS POINT FINANCIAL INC., ITS SU | | |
| Loss Payee Address: 3500 LENOX RD, STE G1  ATLANTA, GA 30326 | | |
| Location Number: | Building Number: | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): |
| Description Of Property: | | |
| Loss Payee Name: | | |
| Loss Payee Address: | | |
| Location Number: | Building Number: | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): |
| Description Of Property: | | |
| Loss Payee Name: | | |
| Loss Payee Address: | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

Copyright, Insurance Services Office, Inc., 2011

**CP 12 18 10 12**
**Page 1 of 3**
Exhibit "A"

INSURED'S COPY

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**1. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**2. Lender's Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

(1) Warehouse receipts;

(2) A contract for deed;

(3) Bills of lading;

(4) Financing statements; or

(5) Mortgages, deeds of trust, or security agreements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

(1) We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

(2) The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

(3) If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

(a) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(b) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(c) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

(4) If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(a) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(b) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

**d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

INSURED'S COPY

**CP 12 18 10 12**
**Page 2 of 3**
Exhibit "A"

**3. Contract Of Sale Clause**

    **a.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

    **b.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

        **(1)** Adjust losses with you; and

        **(2)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

    **c.** The following is added to the **Other Insurance** Condition:

        For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**4. Building Owner Loss Payable Clause**

    **a.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building in which you are a tenant.

    **b.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

    **c.** We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

Copyright, Insurance Services Office, Inc., 2011

Exhibit "A"

INSURED'S COPY

# ADDITIONAL INSURED — BUILDING OWNER

POLICY NUMBER: S 2321381

COMMERCIAL PROPERTY
**CP 12 19 06 07**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

### SCHEDULE

| | |
|---|---|
| **Premises Number: 001** | **Building Number:** 001 |
| **Building Description:** | HOTEL |
| **Building Owner Name:** | ACCESS POINT FINANCIAL INC., ITS SUCCESSORS AND/OR ASSIGNS, ATIMA |
| **Building Owner Address:** | C/O TRIMONT REAL ESTATE ADVISORS<br>3500 LENOX RD, STE G1<br>ATLANTA, GA 30326 |
| **Premises Number:** | **Building Number:** |
| **Building Description:** | |
| **Building Owner Name:** | |
| **Building Owner Address:** | |
| **Premises Number:** | **Building Number:** |
| **Building Description:** | |
| **Building Owner Name:** | |
| **Building Owner Address:** | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The building owner identified in this endorsement is a
Named Insured, but only with respect to the coverage pro-
vided under this Coverage Part or Policy for direct physical
loss or damage to the building(s) described in the
Schedule.

Copyright, ISO Properties, Inc., 2007

**CP 12 19 06 07**
**Page 1 of 1**
Exhibit "A"

INSURED'S COPY

# CIVIL AUTHORITY CHANGE(S)

POLICY NUMBER: s  2321381

COMMERCIAL PROPERTY
**CP 15 32 06 07**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

### SCHEDULE

| Premises Number | Building Number | Schedule Part A<br>Coverage Period (Number Of Days) | Schedule Part B<br>Radius (Number Of Miles) |
|---|---|---|---|
| ALL | ALL | | 5 MILES |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage Period**

Under the Additional Coverage — Civil Authority, the four-week coverage period is replaced by the number of days indicated in Part **A** of the Schedule, subject to all other provisions of that Additional Coverage. If there is no entry in Part **A** of the Schedule, the four-week coverage period continues to apply, subject to all other provisions of the Additional Coverage — Civil Authority.

**B. Radius**

The Additional Coverage — Civil Authority includes a requirement that the described premises are not more than one mile from the damaged property. Such one-mile radius is replaced by the number of miles indicated in Part **B** of the Schedule, subject to all other provisions of that Additional Coverage. If there is no entry in Part **B** of the Schedule, the one-mile radius continues to apply, subject to all other provisions of the Additional Coverage — Civil Authority.

**C.** The coverage provided under this endorsement does not increase the applicable Limit of Insurance.

Copyright, ISO Properties, Inc., 2006

INSURED'S COPY

**CP 15 32 06 07**
Exhibit "A"

# CRISIS RESPONSE COVERAGE

POLICY NUMBER: S 2321381

COMMERCIAL PROPERTY
**CP 76 13 05 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

### SCHEDULE

| CRISIS INCIDENT BUSINESS INCOME (AND EXTRA EXPENSE) | $25,000 | Any One Crisis Incident At Any One Covered Location |
| | $25,000 | All Crisis Incidents At Any One Covered Location In Any One Policy Period |
| CRISIS INCIDENT COUNSELING EXPENSE | $10,000 | Any One Crisis Incident At Any One Covered Location |
| | $10,000 | All Crisis Incidents At Any One Covered Location In Any One Policy Period |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. CRISIS INCIDENT BUSINESS INCOME (AND EXTRA EXPENSE)**

**1. Crisis Incident Business Income**

**a.** We will pay for the actual loss of "crisis incident business income" you sustain due to the necessary "suspension" of your "operations" during the "crisis incident period of restoration". The "suspension" must be caused by a "covered crisis incident" at a "covered location". Coverage applies to loss sustained at the "covered location" where the "covered crisis incident" occurred.

**b.** If the necessary "suspension" of your "operations" caused by or resulting from the "covered crisis incident" produces a "crisis incident business income" loss payable under this policy, we will pay for the actual loss of business income you sustain during the policy period that:

**(1)** Begins on the date "operations" are resumed or tenability of the covered location is returned to its pre-loss level; and

**(2)** Ends on the earlier of:

**(a)** The date you could restore your "operations" with reasonable speed, to the level that would generate business income comparable to the level that would have existed had no "covered crisis incident" occurred; or

**(b)** The date you could have restored the covered premises with reasonable speed to a level that would have generated the rental income that would have existed if the "covered crisis incident" had not occurred; or

**(c)** Thirty (30) consecutive days after the date determined in **(2)(a)** above.

**c.** Coverage will begin after a twenty-four (24) hour Waiting Period and end the earlier of the date your "operations" is restored to its pre-loss condition; or sixty (60) consecutive days after the "covered crisis incident".

Copyright, 2013 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**INSURED'S COPY**

**2. Crisis Incident Extra Expense**

a. We will pay "Crisis Incident Extra Expense" (other than the expense to repair or replace property) you incur during the "crisis incident period of restoration" caused by or resulting from a "covered crisis incident" to:

(1) Avoid or minimize the "suspension" of business and to continue operations at the "covered location" or at replacement or temporary location, including relocation expenses and costs to equip and operate the replacement location or temporary location; or

(2) Minimize the "suspension" of business if you cannot continue "operations".

Coverage applies to expenses incurred at the "covered location" where the "covered crisis incident" occurred.

b. This coverage will end the earlier of:

(1) The date your "operations" is restored to a condition similar to that which would have existed had there been no "covered crisis incident"; or

(2) Sixty (60) consecutive days after the "covered crisis incident".

c. We will not pay for the following under "Crisis Incident Extra Expense":

(1) The base salary of employees responsible for public relations or communications functions for you;

(2) Retainers or other on-going contracted fees from a Public Relations or Communications Organization in effect at the time of the "covered crisis incident";

(3) Ransom payments; or

(4) Fines or penalties.

d. No deductible applies to "Crisis Incident Extra Expense".

**e. Limits for Crisis Incident Business Income (And Extra Expense)**

The most we will pay for loss:

(1) In any one "covered crisis incident" at any one "covered location"; and

(2) In any one policy year for All Crisis Incidents at any one "covered location",

is the applicable Limit of insurance in the Schedule.

If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss sustained during the policy period. With respect to an incident which begins in one policy period and continues or results in additional loss in subsequent policy period(s), all loss is deemed to be sustained in the policy period in which it occurs.

**B. OFF-PREMISES CRISIS INCIDENT EXTRA EXPENSE**

1. We will pay "Off-Premises Crisis Incident Extra Expense" you incur because of "covered crisis incidents" away from the "covered location" for up to (60) consecutive days after the "covered crisis incident".

2. The most we will pay for "Off-Premises Crisis Incident Extra Expense" in any one policy year is $15,000, regardless of the number of "covered crisis incidents" or "covered locations". This limit is in addition to the Limits of Insurance shown the in the Schedule of this endorsement.

3. We will not pay for the following under "Off-Premises Crisis Incident Extra Expense":

a. The base salary of your employees responsible for public relations or communications functions;

b. Retainers or other on-going contracted fees from a Public Relations or Communications Organization in effect at the time of the "Covered Crisis Incident";

c. Ransom payments; or

d. Fines or penalties.

4. No deductible applies to "Off-Premises Crisis Incident Extra Expense".

Copyright, 2013 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**INSURED'S COPY**

## C. CRISIS INCIDENT COUNSELING EXPENSE

1. We will pay reasonable and necessary expenses incurred by you for group crisis counseling services you provide following a "covered crisis incident" at a "covered location". Coverage applies to expenses incurred at the "covered location" where the "covered crisis incident" occurred. Expense payments apply for up to sixty (60) days from the date the "covered crisis incident" occurs. We will not pay for expenses occurring after this sixty (60) day period, even if they are related to other expenses which began during the sixty (60) day coverage period.

2. Crisis Incident Counseling Expense does not apply to loss caused by or resulting from food contamination shutdown.

3. Coverage does not apply to individuals who participated in or were responsible for the "covered crisis incident."

4. The most we will pay under Crisis Incident Counseling Expense:

   a. In any one "covered crisis incident" at any one "covered location" is the Crisis Incident Counseling Expense Any One Crisis Incident At Any One Covered Location limit in the Schedule; and

   b. For all expenses for "covered crisis incidents" in any one policy period is the Crisis Incident Counseling Expense All Crisis Incidents Any One Policy Period limit in the Schedule.

5. No deductible applies to this coverage.

## D. CONDITIONS

1. The Other Insurance Condition is replaced by the following:

   a. Other Insurance

      (1) If the loss is also covered elsewhere under this policy or in a separate policy, we will pay only for the amount of the loss in excess of the amount due from the other insurance, whether collectible or not.

      (2) If the other insurance coverage has a higher deductible, we will pay for the difference between the deductible applicable to the coverage in this endorsement and the deductible applicable to the other coverage.

      (3) With respect to Crisis Incident Counseling Expense, other insurance includes insurance coverage or non-insurance services from an Employee Assistance Plan or similar service for mental health counseling or crisis intervention for your employees.

## E. LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. **Appraisal**

   If we and you disagree on the amount of the Net Income and operating expense or the amount of loss, either may make a written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

   The two appraisers will select an umpire. If they cannot agree, either may request the selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense amount of loss. If they fail to agree, they will submit the difference to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

2. **Duties In The Event Of Loss**

   In the event of a "covered crisis incident" you must:

   a. Notify law enforcement if a law may have been broken.

   b. Notify us as soon as practicable that a "covered crisis incident" has taken place or that another incident or incidents possibly leading to a "covered crisis incident" or "covered crisis incidents" has or have taken place.

   c. Upon our request, submit written notification if the initial notification was made verbally.

Copyright, 2013 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

**d.** Include the following in the notice:

    **(1)** The how, when and where of the "covered crisis incident";

    **(2)** Names, addresses and other pertinent information pertaining to injured persons or witnesses; and

    **(3)** The nature and location of injuries and damages arising out of the "covered crisis incident".

**e.** Notify us as soon as practicable if you intend to provide crisis counseling services.

**f.** Take all reasonable steps to protect the "covered location" from further loss or damage and the individuals from further injury. These steps will not increase the limits of insurance, but will be included for consideration in the settlement of the claim.

**g.** As often as may be reasonably required, permit us to inspect the property to prove the injury, damage or loss and to examine your books and records.

**h.** Send us a signed, sworn proof of loss containing the information we request to investigate the claims within sixty (60) days of our request. We will supply you with the necessary forms.

**i.** Cooperate with us in the investigation or settlement of the claim.

**j.** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**3.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

## F. LOSS DETERMINATION

**1.** The amount of Crisis Incident Business Income loss will be determined based on:

    **a.** The Net Income of the business before the "covered crisis incident" occurred;

    **b.** The likely Net Income of the business if no "covered crisis incident" had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the "covered crisis incident" on customers or on other businesses;

    **c.** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the "covered crisis incident"; and

    **d.** Other relevant sources of information, including:

        **(1)** Your financial records and accounting procedures;

        **(2)** Bills, invoices and other vouchers; and

        **(3)** Deeds, liens or contracts.

**2.** The amount of Crisis Incident Extra Expense will be determined based on:

    **a.** All expenses, including "crisis incident communications expenses", that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if the "covered crisis incident" had not occurred.

We will deduct from the total of such expenses:

    **(1)** The salvage value that remains of any property bought for temporary use during the "crisis incident period of restoration", once "operations" are resumed; and

    **(2)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

    **b.** Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

Copyright, 2013 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

#### 3. Resumption Of Operations

We will reduce the amount of your:

a. Crisis Incident Business Income Loss, other than Crisis Incident Extra Expense, to the extent you can resume your normal "operations", in whole or in part at the described premises or elsewhere.

b. Crisis Incident Extra Expense loss to the extent you can return "operations" to normal and discontinue such Crisis Incident Extra Expense.

4. If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

### G. DEFINITIONS

1. "Communicable disease" means bacterial micro organism transmitted through human contact to food.

2. "Covered crisis incident" means.

a. Violent Act.

A physical act or attempted act done with malice and intent to cause injury or death to person or persons.

This excludes acts committed, threatened or attempted by you, or any of your partners, directors, officers or trustees.

b. The following threatened, attempted or committed acts:

(1) Abduction or kidnapping. The wrongful and illegal seizure of a person. This does not apply to abduction or kidnapping of the person by a parent, spouse, other relative, boyfriend, girlfriend or life partner.

(2) Stalking of employees or customers;

(3) Sexual assault; or

(4) Use of a firearm.

This excludes acts committed, threatened or attempted by you, or any of your partners, directors, managers (if you are a limited liability company), officers or trustees.

c. Food Contamination Shutdown or the shutdown of a business or location by the Board of Health or other governmental body because of the discovery of, or suspicion of, "food contamination".

3. "Covered location" means any location or premises you own or occupy, including the area within 1,000 feet of the building at which these are located, where building or business personal property is insured under this policy. However, a location or premises with more than one building or business personal property in more than one building is considered one "covered location" with respect to the coverages provided by this endorsement, even if the distance between buildings is less than 1,000 feet.

4. "Crisis Incident Business Income" means the:

a. Net income (net profit or loss before income taxes) that would have been earned or incurred; and

b. Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, this includes the net sales value of production.

For all risks, this includes "rental value".

5. "Crisis Incident Communication Expense" means:

a. Reasonable and necessary expenses for the services of a Public Relations or Other Crisis Communications Firm to guide, advise or assist you in internal and external crisis communications; and

b. Reasonable and necessary expenses incurred by your own Communications Department beyond those of its normal communications activities for you to guide, advise or assist you in internal and external crisis communications.

6. "Crisis Incident Extra Expense" means necessary expenses, including "Crisis Incident Communication Expense" you incur during the "crisis incident period of restoration" that you would not have incurred if there had there been no loss at your "covered premises" resulting from a "covered crisis incident".

Copyright, 2013 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

7. "Crisis incident period of restoration" means the period that begins after the Waiting Period Deductible and ends on the earlier of:

   a. The date when business is resumed or the "covered location" can be reoccupied by a tenant; or

   b. Sixty (60) consecutive days after the "covered crisis incident" occurred.

8. "Food contamination" means the occurrence of food poisoning, or suspected food poisoning, of one or more of your patrons resulting from tainted food purchased by you or "communicable disease" transmitted by one or more of your employees.

9. "Off-Premises Crisis Incident Extra Expense" means necessary extra expense such as the additional cost of lodging, food, transportation and "Crisis Incident Communication Expense" you incur as a result of a "covered crisis incident" away from a "covered location".

10. "Operations" means:

    a. Your business activities occurring at the described premises; and

    b. The tenantability of the "covered location", if you receive rental income from the "covered location".

11. "Suspension" means:

    a. The slowdown or cessation of your business activities; or

    b. That a part or all of the "covered location" is rendered untenantable, if you receive rental income from the "covered location".

Copyright, 2013 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**INSURED'S COPY**

| Previous Policy Number | | Policy Number |

# ElitePac® Schedule — Hotels

| COVERAGE | LIMIT |
|---|---|
| Additional Costs | $25,000 |
| Additional Property Covered: | |
| The cost of excavations, grading, backfilling or filling | Included in Bldg Limit |
| Foundations of buildings, structures, machinery or boilers | Included in Bldg Limit |
| Personal property while airborne or waterborne | Included in BPP Limit |
| Underground pipes, flues or drains | Included in Bldg Limit |
| Arson, Theft and Vandalism Rewards (not applicable in New York) | $25,000 |
| Back Up Of Sewer, Drain Or Sump - Direct Damage | $100,000 |
| Brands and Labels | Included in BPP Limit |
| Building Owner - Tenant Move Back Expenses | $25,000 |
| Business Income/Extra Expense Related Additional Coverages | |
| Auto Physical Damage Business Income | $25,000 |
| Back Up Of Sewer, Drain Or Sump - Business Income | $100,000 |
| Building Owner - Lessor's Leasehold Interest | $25,000 |
| Contractual Penalty | $25,000 |
| Denial of Service | $25,000 |
| Dependent Properties | $100,000 |
| Extended Period of Indemnity | 180 Days |
| Extra Expense (applies if no Business Income - ALS coverage) | $100,000 |
| Food Contamination Shutdown | $50,000 |
| Increased Realty Tax Assessment | $25,000 |
| Ingress or Egress | $50,000 |
| Newly Acquired Locations - Business Income | $250,000 |
| Pollutant Clean-up and Removal - Business Income | $25,000 |
| Project R & D Documentation and Prototypes Business Income | Included in BI Limit |
| Transit Business Income | $25,000 |
| Unnamed Premises - Business Income | $10,000 |
| Utility Services - Time Element | $25,000 |
| Business Personal Property Seasonal Increase | 10% |

Copyright, 2015 Selective Insurance Company of America.  All rights reserved.

Exhibit "A"

INSURED'S COPY

| COVERAGE | LIMIT |
|---|---|
| Change of Temperature and Humidity | Included |
| Claim Expenses | $25,000 |
| Consequential Loss to Stock | Included in Valuation |
| Debris Removal - Additional Limit | $25,000 |
| Deductible (waiver of multiple property deductibles) | Included |
| Deferred Payments | $25,000 |
| Fire Department Service Charge | $10,000 |
| Fire Extinguishing Equipment | Actual Loss Sustained |
| Inland Marine Related Coverages | |
|    Accounts Receivable | $100,000 |
|    Electronic Information Systems (aka Computer Equipment and Electronic Data) | $100,000 |
|    Fine Arts | $25,000 |
|    Installation Property | $25,000 |
|    Mobile Equipment | $25,000 |
|    Personal Effects - Within the Coverage Territory | $5,000 Per Person<br>$25,000 Per Occurrence |
|    Personal Effects - Outside the Coverage Territory | $5,000 Per Person<br>$25,000 Per Occurrence |
|    Property in Transit - Within the Coverage Territory | $50,000 |
|    Property in Transit - Outside The Coverage Territory | $10,000 |
|    Refrigerated Property - In Transit | $25,000 |
|    Salesperson's Samples - Within the Coverage Territory | $25,000 |
|    Salesperson's Samples - Outside the Coverage Territory | $10,000 |
|    Tools and Equipment | $10,000 |
|    Valuable Papers and Records | $100,000 |
| Lock Replacement | $10,000 |
| Marring and Scratching | Included |
| Members and Guests Property | $5,000 Per Person<br>$50,000 Per Occurrence |
| Newly Acquired or Constructed Property - Building Per Location | $1,000,000 |
| Newly Acquired or Constructed Property - Business Personal Property Per Location | $500,000 |

Copyright, 2015 Selective Insurance Company of America.  All rights reserved.

**CP 76 54 01 16**
**Page 2 of 3**
Exhibit "A"

INSURED'S COPY

| COVERAGE | LIMIT |
|---|---|
| Non-Owned Detached Trailers | $10,000 |
| Ordinance or Law Coverage | |
| Coverage A - Undamaged Parts of a Building | Included in Bldg Limit |
| Coverage B - Demolition Cost | $500,000 |
| Coverage C - Increased Cost of Construction | $500,000 |
| Coverage D - Tenants Improvements and Betterments | $25,000 |
| Outdoor Property | $100,000 |
| Outdoor Trees, Shrubs and Plants ($2,500 any one item) | $25,000 |
| Personal Property At Unnamed Premises - Within The Coverage Territory | $50,000 |
| Personal Property At Unnamed Premises - Outside The Coverage Territory | $10,000 |
| Personal Property of Others | Included in BPP Limit |
| Pollutant Clean-up and Removal | $25,000 |
| Premises Boundary Increased Distance | 1,000 Feet |
| Preservation of Property | 60 Days |
| Replacement Cost Valuation for Personal Property of Others | Included |
| Selling Price Valuation | Included |
| Spoilage (formerly Refrigerated Property) | $25,000 |
| Tenant Building and Business Personal Property Coverage Required By Lease | $25,000 |
| Tenant's Building Glass Liability | Included in BPP Limit |
| Tenant Lease Assessment | $5,000 |
| Tenant Leasehold Improvements | $25,000 |
| Theft Damage to Building | Included in BPP Limit |
| Theft Limitation Amendments | |
| Furs | $5,000 |
| Patterns, Dies, Molds and Forms | Included in BPP Limit |
| Precious Metals | $10,000 |
| Utility Service - Direct Damage | $25,000 |
| Voluntary Parting by Trick, Scheme or Device | Included |

Copyright, 2015 Selective Insurance Company of America.  All rights reserved.

CP 76 54 01 16
Page 3 of 3
Exhibit "A"

INSURED'S COPY